# EXHIBIT B

Page 1

1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS
2              HOUSTON DIVISION

3

4    INTERCONTINENTAL        )
     TERMINAL CORPORATION,   )
5    LLC,                    )
                             )
6    Plaintiff               )  Case No. 4:18-cv-3113
                             )
7    VS.                     )
                             )  Admiralty
8    AFRAMAX RIVER MARINE    )
     CO., EXECUTIVE SHIP     )
9    MANAGEMENT PTE LTD.,    )
     M/T AFRAMAX RIVER,      )
10                           )
     Defendants              )
11

12

13   *******************************************************

14        CORPORATE REPRESENTATIVE DEPOSITION OF

15           CAPTAIN VIJAY CHERUKURI

16               JUNE 25, 2020

17            (REPORTED REMOTELY)

18   *******************************************************

19

      REMOTE DEPOSITION of CAPTAIN VIJAY CHERUKURI,
20   produced as a witness at the instance of the
     Defendants, and duly sworn, was taken in the
21   above-styled and numbered cause on June 25, 2020, from

     8:22 a.m. to 10:51 a.m., before Denyce M. Sanders,
22   CSR, RDR, CRR, CCR (LA), in and for the State of
     Texas, recorded by machine shorthand, at the location
23   of the witness in Singapore, pursuant to the Federal
     Rules of Civil Procedure and the provisions stated on
24   the record or attached hereto; signature having been
     requested.
25   JOB NO. 1-338150

Captain Vijay Cherukuri
June 25, 2020                                                    2 to 5

---

**Page 2**

```
 1        A P P E A R A N C E S
 2  ** Appearing Remotely Via RemoteDepo **
 3  FOR THE ITC PLAINTIFFS:
 4      ZABEL FREEMAN
         1135 Heights Boulevard
 5       Houston, Texas 77008
         Ms. Pamela Dupuis
 6       713.802.9117
         pdupuis@zflawfirm.com
 7       Mr. Brook Minx
         Ms. Taylor A. Cruse
 8
    FOR THE ITC DEFENDANTS:
 9
        A. THOMAS KAJANDER, P.C.
10       1021 Janet Drive
         Canyon Lake, Texas 78133
11       Mr. A. Thomas Kajander
         713.963.9400
12       kajhou@yahoo.com
13  FOR AFRAMAX RIVER MARINE CO., EXECUTIVE SHIP
    MANAGEMENT PTE LTD., M/T AFRAMAX RIVER:
14
        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
15       650 Poydras Street, Suite 2200
         New Orleans, Louisiana 70124
16       Mr. Michael A. Harowski
         504.702.1710
17       michael.harowski@wilsonelser.com
18  FOR SUDERMAN & YOUNG TOWING COMPANY AND G&H TOWING:
19      BLANK ROME LLP
         717 Texas Avenue, Suite 1400
20       Houston, Texas 77002
        Mr. Jeremy A. Herschaft
21       713.228.6601
         jherschaft@blankrome.com
22       Mr. Zachary J. Wyatte
23
    ALSO PRESENT:
24
        Mr. Douglas Torborg
25      Mr. Constantine Antonopulos
```

---

**Page 4**

```
 1               EXHIBIT INDEX
 2             ORAL DEPOSITION OF
 3    CAPTAIN VIJAY CHERUKURI, JUNE 25, 2020
 4         Description              Page
 5  *** Introduced only
 6  Exhibit 5       Bridge Management Manual ..... 7
                    table of contents
 7
    Exhibit 6       Section 1.2 through 1.2.5 of . 10
 8                  ESM manual
 9  Exhibit 7       Section 1.6.4 through 1.7 of . 14
                    ESM manual
10
    Exhibit 8       Section 1.11 through 1.3.1 ... 15
11                  of ESM manual
12  Exhibit 9       Navigation Rules & ........... 16
                    Regulations Handbook, Rule 6
13
    Exhibit 10      Section 1.21 through 1.21.3 .. 25
14                  of ESM manual
15  Exhibit 11      Vessel Operations Manual ..... 52
                    table of contents
16
    Exhibit 12      Section 2.2 through 2.4.1 of . 53
17                  Vessel Operations Manual
18  Exhibit 13      Section 11 through 11.13 of .. 54
                    Vessel Operations Manual
19
    Exhibit 14      9-6-16 memo from Syed to ..... 61
20                  Aframax River
21  Exhibit 15      Service Report JMS 00934...... 70
22  Exhibit 16      Tax Invoice Nos. RG939340-S .. 75
                    and RG939340-P
23
24
25       •_____•
```

---

**Page 3**

```
 1                    INDEX
 2             ORAL DEPOSITION OF
 3    CAPTAIN VIJAY CHERUKURI, JUNE 25, 2020
 4                    Page
 5  APPEARANCES................................  2
 6  BY MR. HERSCHAFT..........................  5
 7  BY MS. DUPUIS............................. 32
 8  BY MR. KAJANDER.......................... 36
 9  BY MS. DUPUIS............................. 49
10  BY MR. HERSCHAFT......................... 51
11  BY MS. DUPUIS............................. 79
12  BY MR. KAJANDER.......................... 85
13  BY MR. HERSCHAFT......................... 93
14  BY MS. DUPUIS............................. 96
15  BY MR. KAJANDER.......................... 98
16
17
18  WITNESS CORRECTIONS AND SIGNATURE........ 100
19  REPORTER CERTIFICATION................... 102
20
21
22
23
24
25
```

---

**Page 5**

```
 1         CAPTAIN VIJAY CHERUKURI,
 2  having been first duly sworn, testified as follows:
 3         E X A M I N A T I O N
 4  BY MR. HERSCHAFT:
 5    Q.    Good morning, Capt. Vijay.  Again, my
 6  name is Jeremy Herschaft.  I'm one of the attorneys
 7  who represents the tugboats in this case.
 8         What we're going to do next is shift
 9  over to Topics Number 2 and 3.  And that really
10  relates to the training on the Bridge Management
11  Manual on certain sections.  I'm going to ask you a
12  series of questions on these two topics; and then
13  once I'm done, counsel for ITC will follow up on
14  those two topics, because I believe you've been
15  cross-designated as well.
16         Can you hear me okay?
17    A.    Yes, I do.
18    Q.    Okay.  Let's focus on Topic 2 first,
19  which is the training that you provided to the
20  officers on board the vessel.
21         Which company is responsible for
22  addressing training of crew?  Is it Aframax or is it
23  ESM?
24    A.    ESM.
25    Q.    And can you just generally describe the
```

---

Captain Vijay Cherukuri
June 25, 2020                                      6 to 9

Page 6

1 type of trainings that would have been provided to
2 the crew of the Aframax at the time of this
3 incident?
4       A.    Each of the crew member -- here, we're
5 talking about all the officers, and ratings too.
6 But first let me address with the officers.
7             Each of them are well-trained,
8 qualified and certified first by the government
9 authorities in line with the international
10 regulation, which is, STCW.  That is Standard for
11 Training and Certification of Watchkeepers.  So each
12 of them are certified, so they're well-qualified.
13            After we pick them up, we give them
14 further training in line with our company
15 procedures.  Here --
16      Q.    And --
17      A.    -- we are talking with regard to the
18 navigators, the master, accompanied with our own
19 bridge team management course.  It's a five-day
20 course with simulator training.  So he's given
21 practical hands-on skill training.
22            So he goes through that as part of
23 it; he handles the ship, he understands the theories
24 and concepts of it and how to apply company's basic
25 requirement with regarding to it, and also the

Page 7

1 collision regulations and so on.
2             And then he clears the test after
3 the -- post, we conduct test, he passes through it,
4 and only then he's employed on board our ship.
5      Q.    And I take it that type of training, it
6 depends upon the level of the specific officer or
7 rating; is that correct?
8      A.    Yes, sir.  Now, the training that I said
9 is for all navigating officers who are in charge of
10 the bridge watch.  So they understand the bridge
11 team management concepts.
12      Q.    Okay.
13      A.    So third officer, second officer, chief
14 officer and the captain.
15      Q.    And shifting over to Topic 3, now that
16 you've talked about that in general, is it our
17 understanding that the Bridge Management Manual that
18 we have identified as Exhibit 5, that that is the
19 manual that describes the general operation of the
20 bridge and best practices for working as an officer
21 in that particular area of the vessel?
22      A.    That is correct, sir.
23            (Exhibit 5 marked/introduced.)
24      Q.    (BY MR. HERSCHAFT)  We've attached the
25 table of contents for the Bridge Management Manual

Page 8

1 as Exhibit 5.
2             Walk us through specifically how the
3 company trains its officers on this specific manual.
4      A.    Okay.  If you start first with bridge
5 organization, there you have the bridge team.  So
6 how many people will be there in each watch,
7 depending on where the ship is, in open waters,
8 restricted waters, coasting or congested waters, in
9 various conditions of visibility, weather, and so on.
10      Q.    And if I could -- I don't mean to
11 interrupt you, but maybe I could ask my question a
12 different way.
13            As I read this table of contents, it
14 has various sections dealing with general guidance,
15 the operation of certain machinery, certain specific
16 requirements such as speed, the use of the engine,
17 navigation, et cetera.
18      A.    Yes.
19      Q.    And how the does the company actually
20 require -- or does the company require your officers
21 to read this entire manual?
22      A.    Yes, sir.  And by doing of a course, we
23 are making them practice it in the simulator.
24      Q.    I see.
25            So the course that you were talking

Page 9

1 about earlier when you have them attend a simulator,
2 it's in connection with learning how to use the
3 Bridge Management Manual; correct?
4      A.    Practice, yes.
5      Q.    And the policies set forth therein;
6 correct?
7      A.    Yes.
8      Q.    Does the simulator course have an
9 evolution where the simulated vessel might have an
10 engine failure such as what occurred here?
11      A.    The simulator course follows an IMO
12 standard.  IMO has a standard for the --
13 International Maritime Organization.  If I remember
14 correctly, it is IMO Standard 1.22.  So this is a
15 bridge team management course, so we follow that
16 standard.
17            The examples that we use, we take
18 from industry, and we use simulations like you put
19 in.  And this is also case studies with it.
20      Q.    Okay.  How often are your crew members
21 required to attend the ESM course?
22            [Simultaneous cross-talk.]
23      Q.    (BY MR. HERSCHAFT)  Let me just repeat
24 the question.
25            What is the company's policy on

Captain Vijay Cherukuri
June 25, 2020                                    10 to 13

Page 10

1  attending the course, and how many times a year or
2  month, et cetera, it needs to be recertified, if
3  ever?
4      A.    Well, the bridge team management course,
5  it is conducted on a five-year basis.
6      Q.    And is it your understanding that all of
7  the individuals that were on the bridge at the time
8  of the incident, that they were in compliance with
9  the company's policies on attending that course?
10     A.    Yes.
11          (Exhibit 6 marked/introduced.)
12     Q.    (BY MR. HERSCHAFT)  Let's go to Exhibit
13 6.  And I'll just represent to you I'm not going to
14 go through the entire manual.  We've attached
15 various exhibits, and there's some questions that I
16 want to ask you on.
17          Exhibit 6 is a section of the
18 manual, AMR 1979, and it talks about Bridge Resource
19 Management.
20          Can you generally describe for us
21 what the company means by "Bridge Resource
22 Management."
23     A.    When we say "Bridge Resource
24 Management," it means how the navigator handles all
25 the resources at his disposal.  So there are various

Page 11

1  aspects to it:  one from the people; another from
2  the occupant on board; third, from the weather or
3  external factors; certain areas, the traffic is
4  more; certain areas, the navigation hazards are
5  more; certain areas, the currents, tides, the
6  weather factors are good, bad, so on.  Depending on
7  various aspects, is the people on bridge sufficient
8  to handle the situation.
9          This includes keeping the ship
10 always safe, for which you have to plot, monitor, so
11 on, so forth.  You have to do various sequence of
12 actions.
13     Q.    And if I understand from Exhibit 6 and
14 your company's policies, the master has the
15 overriding authority and responsibility with respect
16 to the safety of those decisions; correct?
17     A.    Yes.
18     Q.    This policy also says that situational
19 awareness is important as well; correct?
20     A.    Yes, that's correct.
21     Q.    There's a statement here that says that
22 "Eliminates the risk that an error on the part of
23 one person on board the vessel may result in a
24 disastrous situation."
25          Do you see that, sir?  On page 1979?

Page 12

1      A.    Yes.  19 --
2      Q.    Would you describe -- I'm sorry?
3      A.    On 1980 it is on.
4      Q.    I'm sorry, 1979.  1979.
5            I'm looking at "THE BRIDGE TEAM."
6      A.    Yes.
7      Q.    There's a comment that says:  "Bridge
8  Resource Management...shall be implemented such that
9  the Bridge Team:  Eliminates the risk that an error
10 on the part of one person on board the vessel may
11 result in a disastrous situation."
12          Do you see that, sir?
13     A.    Yes.
14     Q.    Looking back, I take it you would
15 describe this situation as a disastrous situation?
16     A.    In hindsight, yes.  And here --
17     Q.    In all -- go ahead.
18     A.    Sorry.
19     Q.    I didn't mean to interrupt.
20     A.    So, yes, in hindsight, it was
21 disastrous.  If you mean to say error on one part
22 resulted in that, yes, because of the action of the
23 tug, it did contribute to that, yes.
24          MR. HERSCHAFT:  Well, I'm going to
25          object to form, because that wasn't my

Page 13

1          answer --  that wasn't my question.
2      Q.    (BY MR. HERSCHAFT)  We can talk about
3  what you just said about the actions of the tug in a
4  moment, but I'm going to continue on asking you
5  questions about this.
6          One of the other portions of this
7  manual at page 1980 says that the pilot is a member
8  of the bridge team; is that correct?
9      A.    Yes, sir, you are correct.
10     Q.    Okay.  And even though the pilot is on
11 board, it is the company's policy that the master
12 still has ultimate responsibility over the bridge;
13 is that correct?
14     A.    Yes, sir.  You are correct.
15     Q.    Another policy that you have on 1980, on
16 page 1980 of Exhibit 6, is that there should be an
17 avoidance of "...any Bridge Team member becoming
18 preoccupied with minor technical problems (and thus
19 losing sight of the big picture of the passage)"; is
20 that correct?
21     A.    Yes, sir.
22     Q.    Are you aware --
23     A.    Yes.
24     Q.    Hang on a second.
25          Are you aware of statements from

Captain Vijay Cherukuri
June 25, 2020                                          14 to 17

Page 14

1 your third officer, Sajeev, that he gave to the
2 Coast Guard that at the time the engine went past 30
3 rpms, he was doing notes on the bridge?  Are you
4 aware of that, sir?
5        MR. HAROWSKI:  Objection to form.
6    A.    I don't recall exactly what the third
7 officer said.  I don't have it with me, and I can't
8 recall exactly what was the statement that he gave.
9    Q.    (BY MR. HERSCHAFT)  Okay.  If you go to
10 page 1981 of Exhibit No. 6.  I'm just continuing
11 forward through the manual.
12    A.    1981.
13    Q.    That, again, just confirms that the
14 master's overall responsibile for the safe
15 navigation; correct?
16    A.    That is correct, sir.
17        (Exhibit 7 marked/introduced.)
18    Q.    (BY MR. HERSCHAFT)  I'd like to direct
19 your attention to Exhibit 7.
20        In the middle of this page, which is
21 1988, it says:  "Communication between all bridge
22 team members should be in English.  When a pilot is
23 on board, the same rule should apply."
24        Do you see that?
25    A.    Yes, sir.  "Use of English."  [As read]

Page 15

1    Q.    I'll represent to you --
2    A.    Yes.
3    Q.    -- that -- I'll represent to you that
4 we've been provided the VDR, the voyage data
5 recorder, for the Aframax, and in the time frame
6 from one minute, or 000, on the 6th all the way up
7 to the moment of the allision, we can hear people
8 speaking on the bridge in a non-English language
9 which we understand to be Hindi.
10        If that is, in fact, correct,
11 wouldn't that be a violation of your company's
12 policy?
13        MR. HAROWSKI:  Objection to form.
14        Please go ahead and answer.
15    A.    I am not aware of that exact details.
16    Q.    (BY MR. HERSCHAFT)  Just assuming that
17 that was true, that people were not using English,
18 wouldn't that be a violation of your company's
19 policy?  Subject to Mr. Harowski's objection.
20    A.    They should communicate in English, yes.
21    Q.    I'd like to move on to Exhibit No. 8.
22        (Exhibit 8 marked/introduced.)
23    Q.    (BY MR. HERSCHAFT)  If you can turn the
24 page there, sir.  Let me know when you're there.
25    A.    Yes, I'm on Exhibit 8.

Page 16

1    Q.    Okay.  There's a section in the manual
2 that talks about speed.  If I could direct you to
3 that section.  It's 1.12.
4        Do you see that, sir?
5    A.    "SPEED," 1.12, yes.
6    Q.    Yeah.
7        And the first sentence of that says:
8 "Vessels shall at all times proceed at a safe speed
9 taking into account all factors stated in Rule 6 of
10 COLREGS."
11        Can you describe for us what
12 "COLREGS" means?
13    A.    Collision -- COLREGS is abbreviation,
14 rather short form for collision regulations.
15    Q.    Sure.
16    A.    These are the rules based on which all
17 ships out on the high seas navigate.  It tells you
18 how ships should act when you're alongside of one
19 another and also when you don't see them because of
20 poor visibility; what lights, what sound signals, so
21 on.
22    Q.    And they're commonly referred to as the
23 rules of the road; correct?
24    A.    Yes, that is correct, sir.
25        (Exhibit 9 marked/introduced.)

Page 17

1    Q.    (BY MR. HERSCHAFT)  Okay.  And I just
2 note for the record, we've also attached as Exhibit
3 9 a copy of the United States Coast Guard's
4 Navigation Rules & Regulations for Rule 6, which is
5 referred to in your company manual.
6        Do you see that, sir?
7    A.    Yes, sir, I do.
8    Q.    And also, Rule 6 is divided into
9 international rules and then the inland rules; is
10 that correct?
11    A.    Correct, sir.
12    Q.    Now, if you look at Inland Rule 6, and
13 reading it into the record, it says -- just the
14 first sentence -- "Every vessel shall at all times
15 proceed at a safe speed so that she can take proper
16 and effective action to avoid collision and be
17 stopped within a distance appropriate to the
18 prevailing circumstances and conditions."
19        Do you see that, sir?
20    A.    Yes, sir, I do.
21    Q.    Would you agree with me that the concept
22 or term "safe speed," that that's a relative term?
23    A.    Agree, sir.  Depending on the situation.
24    Q.    Sure.
25        What might be a safe speed in one

Captain Vijay Cherukuri
June 25, 2020                                    18 to 21

Page 18

1  situation may not be a safe speed in another;
2  correct?
3      A.    Correct, sir, depending on traffic and
4  dangers, yes.  Again, conditions.
5      Q.    Sure.
6            And it's my understanding,
7  when -- with respect to this manual -- and we'll
8  talk about pilots in a second -- but we've seen
9  documents that have been produced by Aframax that
10 show that there were a master pilot exchange that
11 occurred on the date of this incident; correct?
12     A.    Yes, sir.  To my understanding.
13     Q.    And is that in accordance with your
14 policy that before a vessel begins maneuvers with a
15 pilot on board, you want to discuss what is the
16 anticipated speed; correct?
17     A.    Yes, sir.  During master pilot exchange,
18 yes.
19     Q.    Sure.
20           We've also heard testimony that in
21 this instance, and seeing evidence, that the engine
22 that was operated during this time frame was
23 intended to be at about 30 rpms, but that eventually
24 it went up to about 80 rpms; are you aware of that?
25     A.    Yes, sir.  Momentary failure, yes, I am

Page 19

1  aware of it.
2      Q.    And that that resulted in an astern
3  speed that was not contemplated by the vessel or the
4  pilot; correct?
5      A.    It was a small increase in speed, yes.
6  But very much controllable.
7      Q.    Upon what basis are you giving your
8  opinion that it was a momentary small increase?
9  What documents have you reviewed to provide that
10 opinion?
11     A.    The NTSB report says it, and we could
12 see it in the ship's VDR data.  And third, to my
13 best of my knowledge, the technicians came and said
14 they couldn't even reenact the failure because it
15 just happened and went back to normal.
16     Q.    Right.
17           But the technician's report doesn't
18 talk anything about timing, does it?
19     A.    It doesn't talk about timing.  However,
20 on the ship, we could see that the failure was very
21 short duration and ship was back -- engines were
22 available within two minutes, if I'm not mistaken.
23 I can't exactly recall the exact timings.  Less than
24 that.
25     Q.    If the pilots and the tug captain said

Page 20

1  that the vessel was backing the whole time, and that
2  as a result of that speed, they had difficulty
3  controlling the vessel, wouldn't that be an unsafe
4  speed?
5           MR. HAROWSKI:  Objection to the
6      form.
7           Please answer.
8      A.    If they're choosing to say a selective
9  version of the story, yes.  But the fact of the
10 matter is, it was not so.  Because --
11     Q.    (BY MR. HERSCHAFT) Upon what basis do
12 you --
13           [Simultaneous cross-talk.]
14     A.    It is based on this fact, the speed that
15 the ship achieved, maximum speed, because of the
16 momentary failure, was 3 knots.  3 knots in this
17 case -- sorry.  Go ahead.
18     Q.    (BY MR. HERSCHAFT)  I didn't mean to
19 interrupt you, sir.
20           So it's your understanding that the
21 maximum speed was 3 knots, correct, astern?
22     A.    Astern, yeah, right, sir.  3 knots
23 astern.  Slightly limited, very small, in a fraction
24 more, about three knots.
25     Q.    If the VDR showed that the maximum

Page 21

1  astern speed was, in fact, 3.7 knots, would that
2  change your testimony?  I'll just represent to you
3  that that's what the VDR says.
4      A.    Still, I will stick to my statement.  It
5  was very much controllable in regards to the action
6  the vessel was supposed to do.
7      Q.    If the pilot and -- well, if the pilot
8  said that they never got any of the ahead bells they
9  had asked for, wouldn't that be an unsafe condition?
10     A.    Could you repeat?  I didn't get that
11 part clear, sir.
12     Q.    Sure.
13           If the pilots had said that they did
14 not get any ahead bells on the engine order from the
15 time they made those orders leading up to the moment
16 of the allision with the piling, wouldn't that be an
17 unsafe condition?
18           MR. HAROWSKI:  Objection to form.
19     A.    If it was true, it would be so.  But the
20 fact, this engine did go ahead.
21     Q.    (BY MR. HERSCHAFT)  And upon what --
22 what evidence do you have to show that?
23     A.    Well, the fact is, the video recording
24 and the telegraph moment shows that engine did
25 respond, and engine went ahead.  And, in fact, few

Captain Vijay Cherukuri
June 25, 2020                                    22 to 25

Page 22

1  seconds also before the collision, even went up to
2  full ahead.  As the pilot give an order of full
3  ahead.
4      Q.    If your master who was on the bridge
5  testified that, in fact, they had called for the
6  engine order to stop and that it did not stop, that
7  would be a problem, would it not?
8      A.    Yes, if he feels that, that would be a
9  problem.  But what was the fact?  The fact was,
10  engine did stop.  It only took him a minute or so to
11  realize it.  At that moment initially, yes.
12      Q.    And you were not on the bridge at the
13  time; correct?
14      A.    That is correct, sir.
15      Q.    So that the best record of what
16  would -- what would have occurred in this timing
17  would be the testimony from your master; right?  His
18  recollection?
19      A.    Yes, sir.
20      Q.    And also the -- hang on.  Also the
21  recollections of the pilots who were calling for
22  those orders?
23      A.    Yes, if I could answer.  Yes, that would
24  be correct, based on facts.  If it's based only on
25  perception

Page 23

1      Q.    Right.
2            But the fact in this case --
3      A.    -- that would be incorrect.
4      Q.    The fact in this case is that your
5  engine order telegraph was not responding to
6  commands.
7            Do you dispute that?
8      A.    I said that initially, and it was
9  momentary.  The way I understand, the movement, like
10  you said, was given around 23:59 and a half, and the
11  engine went up to slow astern -- that was the
12  movement given -- by midnight.
13            Around first or one and a half
14  minute, somewhere around there, they realized it had
15  exceeded or it had momentarily gone more than what
16  was planned.
17            By this two and a half or two --
18  somewhere around there, two and a half minutes, they
19  had stopped and engine had started slowing down.
20            By the three and a half minute, it
21  had already stopped.
22            So engine did respond.
23      Q.    Have you reviewed any documents to make
24  those statements that various things happened at
25  various times?  Have you taken any notes on that?

Page 24

1  I'm just trying to understand where the company is
2  coming up with those positions.  That's all.
3      A.    If I could answer.
4      Q.    Yes.
5      A.    After the incident, with lawyer's help,
6  we did conduct investigation.  So from that
7  information, this is what I know of.
8      Q.    And that was -- that investigation was
9  presumably done in 2016, shortly after the incident;
10  correct?
11      A.    Yes, sir.  With the lawyer's
12  collaboration and their involvement.  In fact, they
13  took charge of it because we anticipated it will be
14  a litigation immediately after seeing the
15  consequence.
16            MR. HERSCHAFT:  Give me one second.
17      Q.    (BY MR. HERSCHAFT)  Do you know what
18  the -- because you had mentioned a second ago
19  about -- when we were talking about the pilots and
20  we were talking about the rpms, do you recall what
21  the maximum rated astern speed for the Aframax is?
22      A.    No.  Offhand from my memory, full ahead
23  and full astern, I think.  I'm not sure.  I'm not
24  sure.
25      Q.    I'll make a representation to you that

Page 25

1  on the pilot card, which Aframax River 92 and 93 --
2  I have not included it as an exhibit, but we've been
3  talking about -- that the full astern speed is 62
4  rpms.
5            Does that sound about right?
6      A.    Sounds -- yeah, it could be close to
7  that or could be a little -- slightly more.
8      Q.    And you had also mentioned the NTSB
9  investigation.
10            Are you aware that the NTSB
11  concluded that the vessel ultimately reached up to
12  80 rpms?
13      A.    Yes, sir.  80 rpm, yes.
14            (Exhibit 10 marked/introduced.)
15      Q.    (BY MR. HERSCHAFT)  Let's go to Exhibit
16  10, which is another section of the manual that
17  deals with pilotage^ .
18            You see that, sir?
19      A.    Yes, sir.  1.21, "PILOTAGE."
20      Q.    On page AMR 2003, there's a reference to
21  "IMO Resolution A.285."
22            Do you see that, sir?
23      A.    Yes, sir, I do.
24      Q.    And just to generally summarize that,
25  that is a company policy and an IMO resolution that

Captain Vijay Cherukuri
June 25, 2020                                          26 to 29

Page 26

1 even though a pilot is on board, it's the officer of
2 watch's responsibility to continue with his
3 responsibility, isn't it?  Just because the pilot is
4 on board, he's not relieved of those
5 responsibilities; correct?
6       A.    Yes, sir, you are correct.
7       Q.    Okay.  And turning to page 2004, again,
8 it's confirmed that it's your company's policy that
9 the presence of a pilot on board doesn't relieve the
10 master or the officer of watch on their
11 responsibility to safely navigate the vessel;
12 correct?
13      A.    Yes, sir, you're correct, that is
14 company's policy.
15      Q.    Okay.  And then also on page 2005 -- and
16 we talked about this a few minutes ago -- during
17 that master pilot exchange, that is where proposed
18 speeds are discussed; correct?  And that's -- if you
19 look at page 2005, it says:  "During the
20 Master-Pilot exchange, the Master shall confer with
21 the pilot about," among other things, "Proposed
22 courses, speeds," et cetera.
23            Do you see that?
24      A.    Yes, sir.  Point c.  B(c).  In B --
25 Section B, Point c, yes, proposed course, speed,

Page 27

1 yes.
2       Q.    And if the vessel exceeded the proposed
3 speed for this particular evolution, wouldn't that
4 be a violation of your company's policy?
5            MR. HAROWSKI:  Objection.
6       Q.    (BY MR. HERSCHAFT)  You can answer.
7       A.    It would be a violation of company's
8 policy because USA is just simple as black and
9 white, which is not true.
10      Q.    I'm sorry, I didn't catch that sentence
11 again.  Can you please repeat that?
12      A.    You're saying it is in black and white,
13 as if 2 means exact 2.00000 decimal.  It never works
14 like that on a ship.
15      Q.    Okay.  Well, then what's the point of
16 putting a maximum speed on your company's pilot card
17 or pre-navigation checklist?
18      A.    That is the expected in that passage at
19 that time.  That is what they anticipate, and they
20 will have it around that range.  It could be few, a
21 little bit more, a little bit less.  As they are
22 moving, they're taking action, they're assessing
23 continuously and then doing what is required.
24 Maybe, if need be, they'll increase a little more or
25 drop it a little bit.  But it will never give

Page 28

1 perfect, it will come to that exact number.
2       Q.    Would you describe a jump from 30 rpms
3 to 80 rpms to be a little bit more or a significant
4 amount more?
5       A.    I will say you should see it in totality
6 as in rpm with time.  If it increased, for how long
7 did it increase?  If it increased, how much speed
8 did it cause to increase?
9            In this case, the ship's dead slow
10 astern speed is up to 5.7, 5.5.  Exact value, I
11 don't remember.  It's around 5 1/2, if I recall
12 correctly.  And ship went nowhere close to even
13 that.  She went up to 3 1/2, as you were saying.
14            So in this case, the rpm did
15 increase, it was momentarily, and it was brought
16 into control within three minutes.  Exact time, I
17 haven't calculated.  I think it is within three
18 minutes.
19      Q.    But, again, you weren't on the vessel,
20 so the best source of what was going on would be the
21 people that were on board the tugs and the
22 electronic data that we have; correct?
23      A.    Of course I was not on board, but you're
24 asking for me and my company's opinion based on the
25 facts.  This is where it stands.

Page 29

1       Q.    Okay.  Could you turn to page 2006 in
2 that same exhibit.  It says:  "Some of the equipment
3 which may only be operated by the Bridge Team are:"
4 And then in b, it says:  "Main engine controls and
5 telegraphs."
6            Do you see that, sir?
7       A.    Which point are you referring to, sir,
8 on page 2006?
9       Q.    I'm on Exhibit 10, page 2006, and
10 there's a Section 2.  It's under the heading "Use of
11 Ship's equipment by the Pilot.  2.  Some of the
12 equipment which may only be operated by the Bridge
13 Team are:"  And then it's "b.  Main engine controls
14 and telegraphs."
15            Do you see that, sir?
16      A.    Yes, sir, I see that.
17      Q.    So that, if I understand your company's
18 policy, only the crew can be touching those specific
19 controls; correct?
20      A.    If you mean controls only, yes.  But the
21 propulsion of the speed at which it should go, that,
22 the pilot does.  If you mean only controls, yes.
23 Operate the controller.
24      Q.    Right.  And that's a fair point.
25            The pilot will issue an order dead

Captain Vijay Cherukuri
June 25, 2020                                          30 to 33

Page 30

1  slow astern, but the actual individual who is
2  physically making that order would be the officer in
3  charge of the engine order telegraph for that
4  particular evolution; correct?
5     A.    That is correct, sir.
6           MR. HERSCHAFT:  Pam, are you there?
7           MS. DUPUIS:  I am.
8           MR. HERSCHAFT:  If you can just give
9  me one second, I think I'm done with this
10 section.  If you just give me one second,
11 I'll tender him in one moment.
12          MS. DUPUIS:  Okay.
13          MR. HERSCHAFT:  Sir, I don't have
14 any more questions for you on these two
15 particular topics.  I'm going to tender
16 the witness.  But I'll preserve any
17 follow-up questions if I need to.
18          MS. DUPUIS:  Okay.  Thanks.
19          MR. HAROWSKI:  Mike -- Pam, sorry.
20 Jeremy, I just want to clarify, you
21 have -- you're going to come back to the
22 same witness for another topic; is that
23 correct?
24          MR. HERSCHAFT:  I am.  I mean,
25 however you guys would like to do it.  I'm

Page 31

1  happy to go through each topic; and then
2  when I'm done, if Pam has cross-Noticed
3  it, which is how we would normally do
4  it -- this deposition is just a bit
5  unusual because it's all on Zoom.
6  Pam, does that make sense for you?
7           MS. DUPUIS:  That's fine.
8           MR. HERSCHAFT:  Yeah, rather
9  than -- I mean, I could also go through
10 all of his and then have her go through it
11 as well; but, Pam, what's your preference?
12 Just as we described, I'll go through a
13 topic, and then once I'm done, I'll shift
14 it over to you?
15          MS. DUPUIS:  Mike, do you have an
16 opinion?  I guess I don't have an opinion
17 about it.
18          MR. HAROWSKI:  I'm kind of
19 indifferent.  I mean, however you guys
20 want to do it.
21 I just want to clarify, he's also
22 identified for the company's investigation
23 portion of the Notice, and I know that
24 -- I think you've covered the -- you know,
25 the training and implementation of that,

Page 32

1  you know, in the manual.
2           MS. DUPUIS:  Let's do it by topic,
3  then.  That's how we're doing it.  So I
4  agree, Jeremy.  I just have a couple
5  questions on the topics you were just
6  discussing, and then we'll switch back.
7  Sorry for the confusion.
8           MR. HERSCHAFT:  That's okay.
9           E X A M I N A T I O N
10 BY MS. DUPUIS:
11    Q.    All right.  So have you read,
12 Captain Arvind Kumar's deposition transcript?
13    A.    No, ma'am.  Fully, no.
14    Q.    Okay.  I assume -- who is Capt. Kumar,
15 do you know?
16    A.    Yes, ma'am.  He was the master of the
17 ship on that day and time.  Captain Arvind Kumar.
18    Q.    Okay.  Let me read to you a portion of
19 his deposition.  Since you haven't reviewed it, you
20 might not be aware that this is his testimony.  He
21 was asked:  "Would you agree with me that prior --
22 just prior -- the six minutes prior to the allision
23 in question, that the vessel's engine was not
24 responding to the bridge engine order telegraph
25 commands?"

Page 33

1           He responded:  "Prior to the
2  allision six minutes -- six minute -- just at six
3  minute prior, they started --
4           "QUESTION:  During -- okay.  Let me
5  rephrase that.
6           "During the period from when you
7  started the unberthing procedure about 30
8  seconds before midnight, until the time
9  that the engine room hit the emergency
10 stop button, which was" --
11          His answer:  "Five minutes.
12          "QUESTION:  -- about five minutes
13 after midnight --
14          "ANSWER:  Yeah.
15          "QUESTION:  -- do you agree that the
16 vessel's engine was not responding to the
17 bridge engine order telegraph commands?"
18          His answer was:  "Yes.
19          "QUESTION:  You agree with that?"
20          His answer is:  "Yes.
21          "QUESTION:  During that period, 30
22 seconds before midnight until 5 minutes
23 after, do you agree that the vessel became
24 stuck in the astern direction?
25          "ANSWER:  Yes.  Stop given, but it

Page 34

1     is not responding [sic]."
2          So are you testifying today that
3     Capt. Kumar, who was on board the vessel
4     during the incident in question, is
5     incorrect in these statements?
6          MR. HAROWSKI:  I'm going to object
7     to the form of that question.
8          Please go ahead and answer, Captain.
9     A.    Based on the facts, I think he's not
10   entirely correct.  He's told you based on
11   perception, but the data shows the engine did
12   respond before that.
13   Q.    (BY MS. DUPUIS)  And what data are you
14   relying on by that statement?
15   A.    The engine telegraph data.
16   Q.    What if that is incorrect?
17        MR. HAROWSKI:  Objection.
18   A.    On what would you base that, ma'am?
19   Q.    (BY MS. DUPUIS)  What are you basing on
20   the assumption that once the ship is already having
21   one malfunction, why is it not possible that the
22   engine telegraph -- engine order telegraph logs are
23   incorrect or malfunctioning?
24        MR. HAROWSKI:  Objection to form.
25        Please answer.

Page 35

1     A.    Because before, during or later, there
2     is no evidence to say that the telegraph
3     malfunctioned.
4     Q.    (BY MS. DUPUIS)  Other than the allision
5     with the mooring dolphins; correct?
6          MR. HAROWSKI:  Objection.
7     A.    You're talking two different things,
8     ma'am.  Telegraph is different from the engine.  If
9     you say the ship did collide with the mooring
10   dolphin, yes, it collided because the tugs did not
11   pull her and align her in the channel.
12        MR. HERSCHAFT:  Object to form.
13   Q.    (BY MS. DUPUIS)  Well, Capt. Kumar
14   appeared to think that the allision occurred because
15   the ship was not responding to the commands from the
16   bridge for it to stop.
17        Are you saying that Capt. Kumar is
18   incorrect?
19        MR. HAROWSKI:  I'm going to object
20   to the mischaracterization of the -- Capt.
21   Kumar's testimony.
22        Go ahead and answer, Captain.
23   A.    If what you say is true, then he's told
24   it based on perception and not facts, as being
25   recorded by the devices.

Page 36

1     Q.    (BY MS. DUPUIS)  Okay.  So just to be
2     clear, the facts that you're relying on are solely
3     the engine order telegraph logs; correct?
4     A.    Yes, ma'am.  Telegraph log is one of
5     them.  And there's an rpm counter, which, again, is
6     recorded.
7     Q.    Does the rpm counter indicate a change
8     of direction?
9     A.    Not that I know of.  I'm not qualified
10   in the technical aspect of this exact details.  I
11   would not know.  As a master mariner, I would know
12   the telegraph clearly records ahead and astern with
13   the counter at that time.
14        MS. DUPUIS:  I'll pass the witness.
15   Thank you.
16        MR. KAJANDER:  I have a few
17   questions.
18        E X A M I N A T I O N
19   BY MR. KAJANDER:
20   Q.    Can you tell me, please, where the rpm
21   counter records are maintained?
22   A.    First, one place is the -- along with
23   the telegraph, it is printed.  So it says dead slow
24   astern, but then it shows a counter reading.  Then
25   it goes to next movement, stop, it records again, so

Page 37

1     on, so forth.
2          Another one place that I know of, it
3     records in engine room in the -- the computer in the
4     system down in engine room.
5     Q.    Have you reviewed those documents, sir?
6     A.    Me personally, all of them, no, sir.
7     Q.    So you cannot testify as to what the rpm
8     speed was throughout the short voyage between -- of
9     the -- during the departure of the Aframax River,
10   can you, sir?
11        MR. HAROWSKI:  Objection to form of
12   that.
13   A.    If you mean the telegraph record, yes, I
14   did look from dead slow astern when she left the
15   berth, the record.  There is a recording when, after
16   berth, they did.  The first movement she gave, dead
17   slow astern as she left the berth.  And then after
18   when they give the stop.  And finally, after they
19   did stop, they gave dead slow ahead.  They felt that
20   the movement didn't come.  They activated emergency
21   stop, they gave dead slow ahead, and then they went
22   dead full ahead.
23   Q.    (BY MR. KAJANDER) My question was:  You
24   could not testify, based on your review of the
25   documents, that the rpm indicator showed a change

Captain Vijay Cherukuri
June 25, 2020                           38 to 41

Page 38

1  for a decrease in the rpm from the 80 rpm it got to,
2  could you, sir?
3           MR. HAROWSKI:  Objection.  I think
4        we're talking about an rpm counter, which
5        is different.
6           MR. KAJANDER:  The rpm counter, I'm
7        sorry.
8   A.    Exactly.
9   Q.    (BY MR. KAJANDER)  Let me rephrase the
10  question.
11          You did not review the rpm counter
12  to ascertain whether or not the rpms
13  actually -- actually came down after the telegraph
14  said stop, did you, sir?
15  A.    The rpm value printed out on the
16  telegraph recorder, yes, that, I did; but not on the
17  rpm myself, no, sir.  You are right on that part.
18  Q.    So you do not know if the rpm counter
19  actually corresponded with the orders from the
20  telegraph, do you, sir?
21          MR. HAROWSKI:  Objection to the
22        form.
23  A.    If it's only about rpm counter, yes, I
24  have not reviewed it.
25  Q.    (BY MR. KAJANDER)  So the testimony from

Page 39

1  the master of the vessel that the rpm continued to
2  accelerate as opposed to decelerate when the stop
3  order was given may be accurate; is that correct,
4  sir?
5           MR. HAROWSKI:  Objection to the
6        form.
7   A.    It is not correct based on the facts,
8  sir.  On perception, yes.
9   Q.    (BY MR. KAJANDER)  Did you ever -- do
10  you have knowledge of the record generated by the
11  rpm counter, sir?
12  A.    As recorded in the telegraph printout,
13  yes, that is from the rpm counter, so it shows the
14  rpm value there.
15  Q.    It shows the order.  You just testified
16  that you have not seen the rpm counter.
17          MR. HAROWSKI:  Objection.
18  A.    You're talking about different things
19  here.
20          THE WITNESS:  Sorry.
21  Q.    (BY MR. KAJANDER)  That is correct, I am
22  talking two different things.
23          And there is a difference, is there
24  not, between the telegraph and the rpm counter?
25  A.    I am talking about the telegraph digital

Page 40

1  recorder which records the rpm too, along with the
2  movement.  From there, I can make out the fact that
3  the rpm -- what had changed and how it changed.
4   Q.    Is it the obligation of the master to
5  follow the instructions provided on the master pilot
6  exchange as to the speed of the vessel at departure?
7           MR. HAROWSKI:  I'm going to object
8        on asked and answered.
9           But please go ahead, Capt. Vijay.
10  A.    Master has to give the speed as they
11  agreed.
12          Now, what happens in practices, they
13  agree initially to a value.  As they go along, the
14  pilot is free to make adjustments above or below as
15  he deems fit.  And master agrees with it, and that
16  is also adjusted.  That's why the value is not
17  exactly fixed; it varies as the events take place.
18  Q.    (BY MR. KAJANDER)  What is the training
19  for your masters concerning the time -- the
20  circumstances under which one would engage the
21  emergency stop button to stop the engines?  Under
22  what circumstances are they trained to do that?
23  A.    To activate emergency stop, master
24  should have a reason.  One would be excessive
25  speeding, it's going out of control ahead or astern.

Page 41

1  And in very rare case, if he feels engine is not
2  responding, to maybe reset it, it would still
3  activate it.  But typically ahead excessive speed.
4   Q.    And that is based on the master's
5  judgment; is that correct, sir?
6   A.    Yes, sir.  Typically, master judgment;
7  and in this case, chief engineer would advise him
8  where he wants expert advice.  Chief engineer is
9  more correct on technical aspect.
10  Q.    If they -- if excessive speed is a
11  circumstance in which a master or a chief engineer
12  might utilize the emergency stop switch, is it true
13  that both the master and the chief engineer should
14  be close -- should be standing by that switch so
15  they can activate it if necessary?
16          MR. HAROWSKI:  Objection to the
17        form.
18          Go ahead and answer, Captain.
19  A.    In normal course of things, answer is
20  no, sir.  They should be standing out best where
21  they can see and control the ship.  Control the ship
22  doesn't mean stopping the ship; control the ship
23  means keeping it clear of dangers.  Because as
24  you're leaving berth, you can see on the side of the
25  jetty how it is.  When you're passing near a buoy or

Captain Vijay Cherukuri
June 25, 2020                                          42 to 45

Page 42

1  turning around it, you will see that.
2     Q.    (BY MR. KAJANDER)  If there is a
3  perceived danger, then the master -- is the master
4  authorized to instruct the person on the bridge to
5  activate the emergency stop switch?
6     A.    Master is overriding authority for
7  safety of the ship, yes.  Master doesn't have to do
8  it physically, he orders people to do it on his
9  behalf.  It is as good as him doing it, yes, sir.
10     Q.    So the master on the Aframax River on
11  September 6, 2016, had the authority to authorize
12  the third officer, who was in the control room or in
13  the bridge, to -- to activate the emergency stop
14  control if he chose -- if he felt it was necessary?
15     A.    Master has the authority, yes, sir.
16     Q.    Have you read -- have you read the
17  statement of the third officer that was given to the
18  National Transportation Safety Board?  I think you
19  answered that, but I don't recall the answer.
20     A.    I don't recall exactly what was written
21  in it, sir.
22     Q.    Were you aware -- strike that.
23            Captain -- or sorry.
24            Is the captain and the second
25  officer -- or third officer responsible to monitor

Page 43

1  the rpm of the engine when the vessel Aframax River
2  is departing from a berth?
3     A.    Yes, sir, they are responsible.
4     Q.    Okay.  And if there is, on that vessel,
5  a place both on the starboard wing bridge and on the
6  bridge, there are gauges where you can visibly see
7  the rpms; is that correct?
8     A.    That is correct, sir, they can see in
9  the bridge wing inside the bridge and also on the
10  wings.
11     Q.    If -- the proposed rpm for departure was
12  approximately 30 rpm at slow astern; is that
13  correct, sir?
14            MR. HAROWSKI:  I'm going to --
15     A.    It's --
16            MR. HAROWSKI:  -- to being outside
17  the scope of this designated topic.
18            MR. KAJANDER:  I understand.  He can
19  answer the question the best he can --
20            MR. HAROWSKI:  Go ahead and answer.
21            MR. KAJANDER:  -- subject to
22  objection.
23     A.    Dead slow astern is about 30 rpm, sir.
24     Q.    (BY MR. KAJANDER)  Based upon the
25  training of the second officer and the master, if

Page 44

1  the rpms on the vessel is increasing, at what point
2  should -- at what point should the master order
3  either a stop or the emergency stop?  How far -- how
4  many rpms should the engine get to before he orders
5  the change, according to your training?
6     A.    You mean third officer and not second
7  officer, I guess, sir.  Third officer was on the
8  bridge.
9     Q.    Yes, sir.
10     A.    Regarding to rpm, as soon as it reaches
11  the monitor -- once the movement is given, the
12  monitor -- the rpm engine is responding.  They see
13  as it comes to the designated rpm.  That means
14  engine is performing or doing what they expect of it
15  to do.
16            After having noticed it, are they
17  continuously going to be looking at the rpm?  No,
18  sir.  Why?  The master is busy casting off, making
19  the ship move away from the berth, so there are many
20  other hazards that he has to monitor.  So he will be
21  monitoring those.
22            The third officer will assist the
23  master in looking and confirming or making sure the
24  engine has responded, for which case the third
25  officer did monitor, he saw it, he confirmed to them

Page 45

1  the ship has reached the dead slow astern.  And
2  thereafter, he also is doing other roles, which is
3  monitoring the helmsman, monitoring the ship's
4  position which he has to plot, make entries into the
5  logbook, which he was doing.
6            So they're not looking continuously
7  at the rpm counter, if that is what he means.
8     Q.    What I would like to know is, based upon
9  your training of the third officer, if the rpm is
10  supposed to be 30 to go dead slow astern and the rpm
11  rises to 40, does your training provide that the
12  third officer should contact the master about the
13  increase in rpm?
14            (Mr. Brook Minx joins the
15  deposition.)
16     A.    Yes, sir.
17     Q.    (BY MR. KAJANDER)  How --
18     A.    If it is much more than what is assigned
19  for it.  As a dead slow ahead, will it be exactly at
20  30 and sticking?  No, sir, it would be 31.  You will
21  take slight small range.  The range is specified
22  with that.  So it will be within the range, yes.  If
23  it increases beyond it and goes to the next range,
24  that is from slow ahead to slow ahead range, yes, he
25  would be informing to the master and pilot it is out

Captain Vijay Cherukuri
June 25, 2020                                    46 to 49

Page 46

1 of -- it is more than what is planned.
2      Q.    If, when the rpm under the
3 proposed -- from what the testimony is from the
4 chief engineer, the third engineer, the third
5 officer and the master, the proposed rpm for the
6 vessel Aframax River, when she departed from the
7 Houston Fuel Oil dock, was in the range of 30 rpm,
8 my question to you, sir, is:  Should the third
9 officer have advised the master when the rpm reached
10 40 rpm, which would be an increase by a third of the
11 proposed propulsion?  Is that part of your training
12 as to when the third officer should advise the
13 master of the increase?
14     A.    Yes, if it is not as planned, he will
15 advise the master that the rpm is different from
16 what has been planned.
17     Q.    My question, sir, is not just if it's
18 different, my question is whether or not your
19 training says that once the rpm is one-third
20 increased above what was planned, should the third
21 engineer ask -- advise the master?
22         MR. HAROWSKI:  Objection.  I think
23     he answered it, but please go ahead and
24     answer it again.
25     A.    If it is different, he will advise the

Page 47

1 master.  How different is different, as you say?
2 There's a specified example.
3         If you're going from stop to half
4 astern, you'll be going to the range of dead slow
5 astern, slow astern and coming to half astern.
6         So he will monitor it.  He will see
7 is it in the half astern range or it stopped at dead
8 slow astern range, he will report.
9         In this case, he gave dead slow
10 astern range, he saw it came to dead slow astern
11 range, he confirm to them that it's in dead slow
12 astern range, and he went back to doing what other
13 jobs that he was doing.
14         As soon as he came to notice it is
15 not in the dead slow astern range, it is in the
16 higher range, then the engine room, he confirmed it
17 and then informed the master.  By then, the master
18 and pilot felt the ship was -- speed was increasing,
19 they ordered stop, and then he gave stop.
20     Q.    (BY MR. KAJANDER)  I think the record
21 will show that the third officer did not notice the
22 rpm increase until he received a telephone from the
23 engine room saying that the rpm had accelerated to
24 80 rpm.  Right?  Assume with me that's correct.
25         Does your training -- would -- under

Page 48

1 your training or officers, would that notice, that
2 gap, 50 rpm, be deemed as an -- a notice that was
3 too late, it was slow?
4         MR. HAROWSKI:  Object to the form of
5     the question and the characterization of
6     prior testimony in evidence.
7         Please go ahead and answer to the
8     best of your ability, Captain.
9     A.    The third officer noticing at 80 rpm, if
10 he noticed it after the second engineer gave him a
11 call, yes, that is when he noticed.
12     Q.    (BY MR. KAJANDER)  Is that too slow or
13 safe to control the vessel under a slow -- under a
14 safe speed, sir?
15     A.    In this case, the ship still was within
16 the safe speed range and very much controllable.
17 The fact is, it is only up to 3 1/2 knots.
18     Q.    It is your opinion, sir, that the ship
19 was controllable at a speed of 3 1/2 knots?
20     A.    Yes, in my opinion, within 3 1/2 knots,
21 it would be controlled.
22         MR. KAJANDER:  Can we go off the
23     record for just one second?
24         MR. HAROWSKI:  Yes.
25         MR. HERSCHAFT:  Sure.

Page 49

1         (Discussion off the record.)
2     Q.    (BY MR. KAJANDER)  Vijay -- if you don't
3 mind me calling you Vijay -- are you aware as to
4 whether there are -- there has been any claim made
5 by the vessel owner against ERM [sic] concerning the
6 management of the vessel or the training of the crew
7 after this incident?
8     A.    One, I don't mind you calling me Vijay,
9 sir.
10         And you mean ESM, my company?
11     Q.    Yes.
12     A.    Owner claiming against ESM --
13     Q.    Yes, sir.
14     A.    -- I'm not aware.
15         MR. KAJANDER:  Thank you.
16         MR. HAROWSKI:  Pam, do you have any
17     follow-up?
18         MS. DUPUIS:  Just briefly.
19         E X A M I N A T I O N
20 BY MS. DUPUIS:
21     Q.    I was going to ask you, what's your date
22 of birth?
23     A.    3rd May 1972.
24     Q.    And I'm going to talk to you a little
25 bit about your education.

Captain Vijay Cherukuri
June 25, 2020                                    50 to 53

Page 50

1          Do you have any university degrees?
2     A.    If you mean master mariner, yes, for
3 shipping.  We take many exams over the year.  My
4 first exam as second mate, then many years of sea
5 service, then my exam as chief mate, then two more
6 years of sea service, then my exam as master.  All
7 this is in-line with international regulation, the
8 STCW requirement.  So I am a certified master
9 mariner, and I've sailed as master on ships.
10    Q.    Of how many?
11    A.    Six.
12    Q.    And when was your first voyage as master
13 of a vessel?
14    A.    In 2002.
15    Q.    So since 2002, you've been a master on
16 six ships?
17    A.    Yes, sir -- yes, ma'am.  Five or six.
18 Exact, I need to count.
19    Q.    And what is your current job title?
20    A.    Presently, I am the general manager for
21 HSEQA.
22    Q.    And how long have you held that title?
23    A.    For two years now.
24    Q.    And before ESM, where did you work?
25    A.    If you mean ashore, I worked with only

Page 51

1 ESM.
2     Q.    Okay.
3     A.    Before that, I was sailing with ESM.
4 And before that, I sailed one other company.
5     Q.    Have you ever been an expert witness in
6 another case?
7     A.    No, ma'am.  This is my first.  I don't
8 know if this is expert witness, I just...
9     Q.    Sure.
10          MS. DUPUIS:  I'll pass the witness.
11    Thank you.
12    E X A M I N A T I O N
13 BY MR. HERSCHAFT:
14    Q.    We're going to move on, Captain, and I'm
15 going to ask you some questions about the Vessel
16 Operations Manual and just one specific section in
17 there.  After that, I would just generally propose
18 that maybe we take a break for a bit, and this will
19 just close out the questions, I think, that all of
20 us would have with your manuals.
21          Going to Topic 4, that is the
22 training that ESM provided with respect to the
23 Vessel Operations Manual, with Topic Number 5 being
24 the manual itself.
25          Am I correct that all the testimony

Page 52

1 that you gave earlier about having a course that ESM
2 provides with respect to your manuals that you did
3 with the management manual would also apply with
4 respect to the Vessel Operations Manual?
5     A.    Yes, sir.  We familiarize our ship staff
6 officers specifically with our manuals as well.
7     Q.    Okay.  And that would be also a part of
8 the schooling that you provided them or the course
9 that you send them to?
10    A.    Yes, sir.  Along with the courses, we
11 talk what is our company requirement on that aspect.
12    Q.    And what is the purpose, if you could
13 generally describe, for the company's Vessel
14 Operations Manual?
15    A.    Vessel Operation Manual covers various
16 aspects of it, starting with the crew personnel, as
17 in their jobs and various aspects of their jobs, how
18 they handle it at port, at sea.
19          Then it also talks about machinery,
20 as in how you handle equipment, how you handle
21 bunkers, so on.
22          (Exhibit 11 marked/introduced.)
23    Q.    (BY MR. HERSCHAFT)  And if I could
24 direct you to Exhibit No. 11, we've included just
25 the table of contents.  The manual is quite large.

Page 53

1          Does that look like a copy of the
2 table of contents that discusses the topics you were
3 just describing?
4     A.    Yes, sir.  That's an operations manual,
5 yes, sir.
6          (Exhibit 12 marked/introduced.)
7     Q.    (BY MR. HERSCHAFT)  And then for Exhibit
8 12, we have provided just one section in there which
9 talks about the shipboard organization on board the
10 vessel.
11          Do you see that, sir?
12    A.    Yes, sir.
13    Q.    And just by way of reference to the
14 graphs on 2387, that graph depicts how the
15 organizational and command authority is on board the
16 vessel; is that correct?
17    A.    You are correct, sir.  Master on top and
18 the rest of the team below it, yes, sir.
19    Q.    And then also later on, this really
20 focuses on the master's authority and
21 responsibility, that "The Master" -- at Section
22 2.3.1 -- is "the direct representative of the
23 Company" and "remains responsible for the
24 seaworthiness and safety of the ship..."
25          Do you see that, sir?

Page 54

1   A.   I do, sir.
2   Q.   And that ship is the ongoing reflection
3   that you have in your manuals about the master's
4   role and responsibility; correct?
5   A.   That is correct, sir.
6        MR. HERSCHAFT:  Give me one second.
7   Q.   (BY MR. HERSCHAFT)  And I would just
8   note for the record that we had already talked about
9   the firefighting systems, which I believe are part
10  of the Vessel Operations Manual; correct?  That was
11  Exhibit 13?
12       (Exhibit 13 marked/introduced.)
13  A.   You mean Section 11, "MAINTENANCE,
14  SURVEYS AND INSPECTION"? [As read]  You're talking
15  about that?
16  Q.   (BY MR. HERSCHAFT)  Yes.
17       Is that in the Vessel Operations
18  Manual or the general management manual?
19  A.   It is in the Vessel Operation Manual.
20  Q.   Okay.  I just wanted to confirm that
21  that's where it was located.  Okay.
22       And we have already talked to
23  Mr. Srini about that topic.
24       MR. HERSCHAFT:  I really don't have
25  any other questions on this, I just wanted

Page 55

1   to confirm those for the record.
2        With respect to the Vessel
3   Operations Manual, I pass it on to Pam.
4        MS. DUPUIS:  No questions on that
5   topic.
6        MR. HERSCHAFT:  Tom?
7        MR. KAJANDER:  I have nothing
8   further.
9        MR. HERSCHAFT:  Let's do this:  It's
10  9:30 my time here in Houston.  Do you want
11  to take maybe a 15-minute break?  Would
12  that be okay for everyone?
13       MR. HAROWSKI:  I think so.  Well, I
14  will say, for the Singapore witnesses,
15  it's -- you know, it's getting -- it's
16  10:30 at night.  To the extent we can -- I
17  think we just have the investigation topic
18  area remaining.  To the extent we could
19  just take a short break and go on to that
20  or just go on and get that done so we can
21  let them move on.
22       MR. HERSCHAFT:  That's fine.  I
23  personally would appreciate a ten-minute
24  break.
25       And, gentlemen, I do appreciate

Page 56

1   you're in Singapore, but I think it would
2   be helpful for all of us just to maybe
3   stretch our legs for ten minutes before we
4   go into the next section.
5        MR. HAROWSKI:  Sure.
6        MS. DUPUIS:  Agreed.
7        (Break.)
8   Q.   (BY MR. HERSCHAFT)  Capt. Vijay, we're
9   back on the record.  We're going to move on to my
10  Topic Number 7, which is the company's investigation
11  into the cause of this incident, and I have some
12  documents that I want to review with you.
13       In the first instance, you note that
14  you had answered interrogatory responses about what
15  you contend was the cause of the incident.  We've
16  included that as Exhibit 2, specifically
17  Interrogatory No. 5, where you had made reference to
18  certain actions that the tugs, my clients, did or
19  did not do.
20       With that contingent in mind, and
21  you had mentioned it a few minutes ago in your
22  testimony as well, I want to ask, when you first
23  learned of this incident -- "you" being the
24  company -- what steps did you take to investigate
25  the cause of the incident?  And I don't mean to be

Page 57

1   vague.  Just walk us through, if you will, what the
2   company did in order to investigate what happened
3   that night.
4   A.   Until we came to know and -- we
5   dispatched superintendents from here, Mr. Srinivasan
6   and one more superintendent.
7        By the time they went, the ship had
8   already been secured at another berth.  Fire had
9   been extinguished, and the ship had been secured
10  there, and the lawyers were already on board,
11  authorities -- that is, U.S. federal authorities
12  were also there on board, and then a few other
13  people.
14       So first, when they went on board,
15  they went on board making sure people are safe.
16       Secondly, then the ship and -- the
17  ship and the environment is safe, as in the ship is
18  safe enough and that no further oil or any such
19  things will leak.  So they went about checking what
20  was still secured and what got damaged and if we
21  need to take any action.
22       First was immediately to make sure
23  the situation doesn't go worse.  So all that as they
24  were carrying out.
25       Simultaneously, they got experts to

Captain Vijay Cherukuri
June 25, 2020                                          58 to 61

Page 58

1  come in to investigate, investigate on various
2  aspect with the people, with the equipment.  And
3  also the processes that were implemented, activities
4  that had taken place, did they take place correctly
5  or not, starting with how many people were there,
6  what movements were given, how did the ship respond,
7  what happened after the incident.
8      Q.    Thank you.
9            And I did not attach this as an
10 exhibit, but I would note that at Aframax River 29
11 and 30, the United States Coast Guard issued
12 something called a captain of the port order.
13           Are you familiar with that document,
14 sir?
15     A.    Captain of the port order document, yes,
16 I am familiar, sir.  But this particular one that
17 you're holding, I don't know which one.
18     Q.    Sure.
19           I'll generally represent to you that
20 this is the captain-of-the-port order that was
21 issued on September the 6th, 2016, the day of the
22 incident.
23           And just to generally summarize,
24 it's our understanding that this is the official
25 order from the United States Coast Guard to have the

Page 59

1  vessel remain on station and that the Coast Guard
2  would be going through its own investigation;
3  correct?
4      A.    That is correct, sir.  Immediately after
5  the event, I recall they issued some such order.
6  Exact wordings, I don't recall.
7            MR. KAJANDER:  Jeremy, what exhibit
8        is this, please?
9            MR. HERSCHAFT:  It's not an exhibit,
10       we have referred to their discovery in
11       general, but I would just make note of the
12       Bates number.  It's AMR 29.  It's the
13       captain-of-the-port order issued by the
14       United States Coast Guard.  I'm just
15       asking generally the company.
16     Q.    (BY MR. HERSCHAFT)  You were aware that
17 the Coast Guard obviously was involved in
18 investigating this matter; correct?
19     A.    That is correct, sir.  The authorities
20 were.
21     Q.    And you had mentioned various
22 individuals had come in.
23           Was Mr. Srinivasan, who testified
24 earlier, was that the individual the same Srinivasan
25 who you said had flown in as well?

Page 60

1      A.    Yes.
2      Q.    Did you personally fly in for any part
3  of the investigation in the United States?
4      A.    No, sir.
5      Q.    Did the company ever prepare any type of
6  internal report with respect to what they believed
7  was the -- that summarized the incident or described
8  what they believed was the cause of the incident?
9            MR. HAROWSKI:  I'm going to object
10       to the extent that this calls for
11       privileged documents.
12           MR. HERSCHAFT:  And noted.
13     Q.    (BY MR. HERSCHAFT)  And just to explain
14 my question further, I'm not asking as to whether
15 your attorneys had provided you with some type of
16 report, but I'm just talking about some type of
17 post-incident report that ESM or Aframax had done.
18           Does that make sense?
19           MR. HAROWSKI:  Please go ahead and
20       answer, Captain.
21     A.    Investigation report, yes, we prepared
22 it with the assistance of our lawyers.  And, in
23 fact, before we were on board, the lawyers were
24 there on board actually speaking as the
25 correspondent and so on.  They had already started

Page 61

1  taking statement and so on with the authorities.  So
2  we used their help to prepare the report, and it
3  was -- we anticipated litigation, so it was with
4  their help that we prepared it.
5            (Exhibit 14 marked/introduced.)
6      Q.    (BY MR. HERSCHAFT)  Okay.  Could you
7  please turn to what I have marked as Exhibit 14 in
8  the binder.
9            Do you have that document in front
10 of you, sir?  We were provided a document during
11 discovery, and it may be that the Bates number was
12 not included.  It's AMR 1315 to AMR 1316.  I'll
13 represent to you it's an email that starts with "New
14 Text Document.txt.  To:  Aframax River.  From:
15 Syed," S-Y-E-D.  And the date is 6 September 2016,
16 which is the day of the incident.
17           Do you see that, sir?
18     A.    Yes, sir.  I see that from Mr. Syed to
19 the ship.
20     Q.    Thank you.
21           Can you please just identify for the
22 record who Mr. Syed is, what his role is with the
23 company and his job title?
24     A.    He was then employed with the company.
25 He's not presently.  His job role or title then was

Captain Vijay Cherukuri
June 25, 2020                                             62 to 65

Page 62

1 technical support manager.
2    Q.    And can you just describe for us what
3 the technical support manager's role is, what his
4 job responsibilities were?
5    A.    He basically assists the technical team,
6 as in the fleet manager and the technical
7 superintendent, and they help in handling,
8 troubleshooting.  If they want expert advice, he
9 would come in to assist them.
10   Q.    Was he specifically assigned to the
11 Aframax, or did he float amongst all of the vessels?
12   A.    He was for the full company.
13   Q.    And you had mentioned that he's no
14 longer employed.
15         Was he dismissed from ESM as a
16 result of this incident?
17   A.    No, sir.  He retired.  He's quite an
18 elderly gentleman.
19   Q.    Okay.  Understood.
20         Let's go back to Document 14.
21         It looks -- from the top, it says:
22 "Malfunction of Main Engine operation when speeding
23 on Astern and then not stopping when on Bridge
24 control could be due to the following
25 possibilities."  [As read]

Page 63

1         Do you see that, sir?
2    A.    The very first sentence, yes, I do see
3 it.
4    Q.    Yes.
5         Would you agree that there was a
6 malfunction of the main engine when speeding on
7 astern and that it did not stop when on bridge
8 control?
9    A.    It malfunctioned, yes, sir.  I agree
10 with that part of it.  Not stopping, I don't,
11 because it did stop.  At that time when he sent it,
12 he probably didn't know the facts because the VDR
13 was not analyzed, readings were not taken yet.
14         MR. HERSCHAFT:  Well, I'm going to
15     object to that response in the sense that
16     you're making assumptions about what he
17     knows or doesn't know.  But fair enough.
18   Q.    (BY MR. HERSCHAFT) So you agree with
19 the first part, that there was a malfunction;
20 correct?
21   A.    Momentarily, yes, that part I agree.
22   Q.    And then the not stopping on bridge
23 control, what is your basis for disagreeing with
24 that, again?
25   A.    The telegraph recorder showed that it

Page 64

1 stopped, the rpm ended.  At this time, when he send
2 a message, it was on the day of the event, 6
3 September.  So he had some initial information.  He
4 was troubleshooting to identify what happened.
5         He also did not -- that was a
6 statement.
7    Q.    And I know that what you're saying is,
8 he may not have been informed about what the actual
9 ending- order telegraph said or what the VDR said;
10 correct?
11   A.    Exactly.
12   Q.    And I know that there's been testimony
13 already as to your specific knowledge as to what the
14 VDR actually shows and what the engine-order
15 telegraph shows; correct?  You had --
16   A.    Testimony?
17   Q.    You had been testifying earlier in
18 response to questions from Mr. Kajander with respect
19 to those issues, and I think we'll just leave the
20 testimony as it is.
21         But just going back to this document
22 for the moment, was this document sent in response
23 to something the vessel had sent to Mr. Syed?
24   A.    I don't see that here, sir, that part.
25 Whether he sent in response to something sent to him

Page 65

1 or told to him on phone, I wouldn't know, because I
2 don't have the evidence in front of me, and I
3 don't...
4    Q.    I'll represent to you that one of the
5 requests for production of discovery that we have
6 asked for and I also believe that I can see it asked
7 for, was all internal communications regarding the
8 incident -- the incident, and we just received a
9 single document.
10        I'll represent to you that it looks
11 as if this is in response to some type of a message,
12 and I would like to determine if there are any other
13 documents in this communication chain.
14        Does that make sense to you, sir?
15   A.    So I didn't get your question.  Could
16 you repeat what you're asking me?
17   Q.    Sure.
18        This is the single document that
19 we've received regarding the internal correspondence
20 of an incident that involved an allision into a
21 piling, a massive eruption and alleged damages from
22 your company to my company, and this is the only
23 document we've seen.
24        I'm asking you, are you aware of any
25 other documents, for purposes of today's deposition,

Captain Vijay Cherukuri
June 25, 2020                                        66 to 69

Page 66

1 that are communications that would have responded to
2 this or preceded this?
3     A.    I am not aware of this.
4     Q.    Okay.  In going through this document,
5 it says -- there's a description, and then it says:
6 "Possibility:  Air cylinder for governor/Fuel
7 linkage connection (Elastic Cylinder) 3.10 does not
8 receive sufficient air pressure because air leaks
9 out, then the engine can over speed or not stop (can
10 behave erratically)."
11          Do you see that, sir?
12    A.    In the description, the first sentence,
13 you mean, sir?
14    Q.    A little bit down, it says:
15 "Description," and then it says "Possibility."  It's
16 about a third of the way down the page.  I'm on
17 Exhibit 14.
18    A.    Yes.
19    Q.    It lists a bunch of --
20    A.    Okay.  "Possibility."  Yes, sir, I see
21 that.  "Possibility."  Below that, it says "Air
22 cylinder for governor/Fuel linkage connection
23 (Elastic Cylinder)," yeah, "3.10 does not receive
24 sufficient air..."  That's the sentence you were --
25    Q.    Thank you.

Page 67

1          Did the company ever do any further
2 investigation to determine that possibility or to
3 confirm or investigate that possibility and -- set
4 forth by Mr. Syed?
5     A.    Yes, sir.  That is the reason the main
6 engine technician was called, to investigate all of
7 these factors:  the main engine, the governor,
8 technician, all of them, they're going to check on
9 all aspects.
10    Q.    And when you're talking about the
11 aspects, it says later on:  "Please find some basic
12 guidance," and it lists Items 1, 2, 3, 4, 5 -- and
13 I'll stop there for a second.
14          Do you see those five items?
15    A.    I do, sir.
16    Q.    Are those possibilities that Mr. Syed is
17 providing as to what may have caused the engine to
18 malfunction?
19    A.    Yes, sir.  From his knowledge, he thinks
20 maybe these could be.
21    Q.    Okay.  And did the company do anything
22 to investigate these five potential sources for the
23 cause?
24    A.    Yes, sir, to troubleshoot and identify
25 what was the problem, they did try.  That is why the

Page 68

1 other technicians were the subject matter experts on
2 this.
3     Q.    And that would have been the technicians
4 for the engine and the governor actuator; is that
5 correct?
6     A.    You are correct, sir.
7     Q.    And later on in the document, it says:
8 "Further Nabtesco have the following questions."
9 [As read]
10          Is that the same Nabtesco that was
11 referred to earlier with respect to the technicians
12 that would manage the governor actuator system?
13    A.    Yes, sir.  To my understanding, that is
14 the same Nabtesco.
15    Q.    Can you describe generally for the
16 Court, what is the governor actuator system in
17 relation to the main engine?  Can you just generally
18 describe how those two systems relate to each other?
19    A.    I -- here, you'll have to excuse me.
20 I'll have to call Srini, because he's the engineer.
21 He knows the engineering part of it.
22    Q.    Okay.
23    A.    Do you want me to stop and call him, or
24 how does it go?  He's sitting next to me.
25    Q.    No, I can hold off on that question.  I

Page 69

1 can hold off on that question.  I'd rather not
2 confuse the record.
3          If you go down further, it looks as
4 if Mr. Syed was looking for a response to these
5 questions.  And he says:  "Further Nabtesco have the
6 following questions.  Please do revert soonest
7 possible.  Could you check and clarify us below
8 details."  [As read]
9          And this goes back to my earlier
10 question:  Do you have any records from the company
11 where there was a response to this message that
12 addressed any of these points, if you know?
13    A.    I don't know, sir.
14    Q.    Where would we go to look in the
15 company's files, whether it's electronic or
16 physical, to determine if there was a response to
17 this message, or multiple responses?  Where would we
18 go to look for that?
19    A.    I think if there's a file for this case
20 that has that particular communication, I would look
21 there.
22    Q.    We can send a further discovery request
23 to your counsel.  I'd just note for the record that
24 to the extent you have any further
25 communications to this, we'd ask that you preserve

Captain Vijay Cherukuri
June 25, 2020                           70 to 73

Page 70

1 them because of the relevancy to the event.
2        (Exhibit 15 marked/introduced.)
3    Q.   (BY MR. HERSCHAFT)  If you'd move on to
4 Exhibit No. 15.
5        This is the Nabtesco service report
6 for the governor actuator system; correct?
7    A.   Yes, sir.  Looks --
8    Q.   I know that this has been referred to
9 earlier in questioning.
10        Nabtesco is the manufacturer of the
11 governor actuator; correct?
12    A.   Yes, sir.  To my understanding.
13    Q.   And it does appear from the notes that
14 they made that there was an investigation, and they
15 have described it as a abnormality momentarily.
16        Do you see that?
17    A.   Second sentence, you mean, sir?  "Found
18 governor actuator system encountered abnormality
19 momentarily but was later was found recovered to
20 normal operation," yes.
21    Q.   You had mentioned earlier you were
22 talking about the fact that it was a momentary
23 abnormality, but I want to ask you:  Does the
24 company admit that there was an abnormality with
25 this specific piece of equipment?

Page 71

1    A.   Yes, sir, there was a momentary, yes,
2 abnormality.
3    Q.   Okay.  And I think in response to ITC's
4 counsel, is it our understanding that after this
5 equipment was inspected, it was discarded?  Is that
6 correct?
7    A.   Srini would be the one to tell you
8 exactly, because he knows the details of how -- what
9 happened thereafter.
10    Q.   Okay.  And I think he had testified
11 earlier that, in fact, that piece of equipment, or
12 pieces, had been discarded; correct?
13        MR. HAROWSKI:  Objection.
14    A.   Yes.
15        MR. HAROWSKI:  That's back to his
16    testimony.  I think he testified that it
17    was taken back by Nabtesco.
18        MR. HERSCHAFT:  Okay.  I will note
19    for the record that one of your
20    interrogatory responses to this, it was
21    ITC's Interrogatory No. 9, asked for the
22    identification of the location of these
23    documents, and the response was, quote,
24    "These components were discarded after the
25    technician from Nabtesco replaced the

Page 72

1        components following the allision," just
2    to note it for the record.
3    Q.   (BY MR. HERSCHAFT)  And do you
4 remember -- do you have any recollection as to how
5 far after the items were repaired when those pieces
6 were discarded?  Would that be a question for Srini?
7    A.   Yes, sir.  At least I don't know.
8        MR. HERSCHAFT:  Do any of the other
9    counsel have an objection if I ask Srini
10    this question right now?
11        MS. DUPUIS:  Could we go off the
12    record, he get the information from him
13    and then he get back on the record and
14    testify based on what he's learned?
15    Because he's a 30(b)(6), he can be
16    educated.
17        MR. HERSCHAFT:  That's fine.  We can
18    go off the record.
19        (Discussion off the record.)
20        THE WITNESS:  Can I speak now?
21        MR. HAROWSKI:  Wait for Jeremy to
22    ask the question.
23    Q.   (BY MR. HERSCHAFT)  Captain, I'm going
24 to ask you the following question.  I understand
25 that you've received information with respect to the

Page 73

1 answer.
2        About -- do you know how long after
3 the Nabtesco servicemen came on board, when the
4 governor actuator system, the old governor actuator
5 system, was removed?
6    A.   It was on board from 9 September to 16
7 September.  Whenever he removed it, it went with
8 him.  We don't know the exact date.
9    Q.   Okay.  Thank you.
10        Now, you've made various allegations
11 in your complaint and in discovery responses about
12 the actions of my client, the tugboats.
13        I want to focus you on this
14 question:  The governor actuator is a piece of your
15 vessel's equipment; correct?
16    A.   That is correct, sir.
17    Q.   Are you claiming that G&H Towing, the
18 tugs, had any involvement with the failure of your
19 governor actuator?
20    A.   I'm not saying that that caused the
21 governor to fail momentarily.
22    Q.   And that's what I'm asking.  I'm just
23 trying to understand that.
24        And the same thing for your main
25 engine.  The documents have shown that the company

Captain Vijay Cherukuri
June 25, 2020                                    74 to 77

Page 74

1 viewed this as a malfunction of the main engine.
2        Are you claiming that the tugs in
3 any way were responsible for the malfunction of the
4 vessel's main engine?
5    A.    I'm not claiming the tugs are
6 responsible for the vessel's main engine
7 malfunction.
8    Q.    Understood.
9    A.    All I'm saying is, they did not direct
10 the ship which they were responsible for, control
11 the movement, take it into the channel, which never
12 happened.  The ship went straight towards the
13 mooring buoy, which was not fendered or lit, and hit
14 it.
15    Q.    Okay.
16    A.    Because two tugs were made fast, and the
17 ship was in ballast condition, which they could have
18 controlled.  Two tugs handled the ship when she came
19 and loaded.  She was half the -- less than half that
20 of weight.  So she's lighter condition.  Should have
21 been easily controlled.  And ship, by herself,
22 cannot control herself.  Because she's going astern,
23 she cannot steer, and that positioning, that action,
24 will be the tugs.
25    Q.    Have your ever maneuvered a tugboat

Page 75

1 before, you yourself?
2    A.    No, sir.  I maneuvered ships, not
3 tugboats.
4    Q.    Have you read the testimony that was
5 provided by the pilots of the Aframax regarding
6 their observations on the night in question?  Have
7 you read the pilots' -- the pilots aboard the vessel
8 gave their deposition testimony earlier this week.
9        Have you had an opportunity to read
10 that testimony?
11    A.    No, I haven't read their testimony.
12    Q.    And I'll ask the same thing:  The
13 captains and masters of the tug Gasparilla and Jess
14 Newton, they were also deposed this week.
15        I'll ask the question again:  Have
16 you read their testimony regarding their
17 observations as to what occurred that night?
18    A.    I haven't read any of their testimony,
19 nor the tugmaster's or whoever the representatives.
20        (Exhibit 16 marked/introduced.)
21    Q.    (BY MR. HERSCHAFT)  Okay.  If you go to
22 page -- I'm sorry, to Exhibit 16.
23        I will ask you -- or your colleagues
24 in Athens a little bit later about the damages that
25 are being claimed; but in going through the

Page 76

1 documents, we saw an invoice from Nabtesco, and it
2 appears to be two separate invoices.
3        Take a moment to look at Exhibit 16.
4 One looks like charges for the technician's travel
5 from September 9th to the 18th; and another looks
6 like an invoice for parts -- two specific parts.
7        Do you see that, sir?
8    A.    Yes, sir, I see two invoice -- there's
9 three pages here.
10    Q.    Okay.  And if we did not see any other
11 documents in your document responses from Nabtesco,
12 aside from these invoices and the Nabtesco service
13 report, is it your understanding that these are the
14 charges that would relate to the Nabtesco
15 technicians' attendance aboard the vessel and for
16 the parts that were fixed and replaced?
17    A.    I don't know about this.  Again, I'd
18 have to get Srini, because he's the expert, and he
19 handled all --
20        (Technical difficulties.)
21    A.    I don't know about this matter.  My
22 colleague Srini and his team handled this matter, so
23 I'm not aware of it.
24        MR. HERSCHAFT:  Can we just go off
25        the record again real quick?

Page 77

1        MR. HAROWSKI:  We're off the record.
2        (Discussion off the record.)
3    Q.    (BY MR. HERSCHAFT)  Aside from
4 the -- the investigations that you had done with
5 your attorney, are you aware of any other documents
6 that have been prepared by -- and the documents
7 you've already produced, have there been any other
8 documents that you have generated with respect to
9 the company's appreciation of the cause of the
10 event?
11    A.    You mean any other investigation report
12 or such report?
13    Q.    Sure.
14    A.    That was the only report we prepared,
15 with their assistance, investigation report
16 regarding this incident.
17    Q.    Okay.  You had mentioned the NTSB
18 investigation earlier in your testimony.
19        Are you aware that the NTSB had
20 determined that probable cause of this incident was
21 as a result of the abnormality of the tanker's main
22 engine governor actuator in responding to commands
23 from the bridge?
24        MR. HAROWSKI:  Object to the
25        admissibility of the NTSB finding.

U.S. LEGAL SUPPORT, INC
713-653-7100

Captain Vijay Cherukuri
June 25, 2020                                    78 to 81

Page 78

1          So please go ahead and answer,
2     Captain.
3     A.    What did it say?
4     Q.    (BY MR. HERSCHAFT)  Have you read the
5  NTSB report that was prepared by the National
6  Transportation Safety Board in this incident?
7     A.    Yes, sir, I did read NTSB report.
8     Q.    And that report in no way faulted the
9  tugboats as a result of this incident, did it?
10    A.    It said what?
11    Q.    Yeah.
12          The report didn't fault the tugboats
13 as a result of this incident, did it?  If you know.
14    A.    I need to check exactly on that aspect.
15          In their probable cause, yes, they
16 mention only the abnormality of the main engine
17 governor actuator system.  That's correct.  This
18 aspect, this is what they mentioned in that, main
19 engine governor actuator system.
20          MR. HERSCHAFT:  I don't have any
21          further questions for you at this point,
22          sir.
23          I'll pass the witness.
24
25

Page 79

1          E X A M I N A T I O N
2  BY MS. DUPUIS:
3     Q.    Back to the investigation, is it normal
4  course of business for ESM to investigate any time
5  you have an incident such as this one that occurs at
6  one of its vessels?
7     A.    Yes, ma'am.  If we have an incident, we
8  investigate it.
9     Q.    Okay.  And that's normal, whether or not
10 you anticipate a lawsuit is going to follow; is that
11 correct?
12    A.    That is correct, ma'am.  When there's an
13 incident, yes.
14    Q.    Do you know when -- when ESM and Aframax
15 River management anticipated that a lawsuit would
16 follow from the subject incident?
17    A.    After we were told, as soon as -- as
18 soon as the ship was made fast, because we just knew
19 the damages were so much.  So we guessed that it
20 would be a lot of litigation, as in there would be
21 litigation.  As in, yeah, as soon as we knew the
22 consequence, we knew there likely to be litigation.
23          MR. MINX:  Hey, Mike?
24          MR. HAROWSKI:  Yes?
25          MR. MINX:  Because this was done in

Page 80

1  the normal course of business, this report
2  that we've been talking about is not
3  protected.  He produced it.
4          MR. HAROWSKI:  No, it is privileged
5  and was prepared with the attorneys.
6          MR. MINX:  Yeah, no, it's not
7  protected, because he just told you that's
8  what he does in his normal course of
9  business.
10         I just wanted to check.  We can
11 argue about it off-line, Mike, no problem.
12         MR. HAROWSKI:  Brook, I
13 think -- well, we'll talk about it later.
14         MR. MINX:  Yeah, that's what I said.
15 No problem, Mike.
16    Q.    (BY MS. DUPUIS)  So did ESM make a
17 determination that ITC in any way contributed to
18 cause the subject incident?
19    A.    Yes.  We felt that the light -- one was
20 not lit; two, the mooring bar, which is very close
21 to the shipping channel and a heavy traffic area,
22 should have been fendered, among other things.
23    Q.    What are the other things?
24    A.    Like, before that, that the tug had
25 control of the ship's movement, which is -- and that

Page 81

1  direction of the ship -- ship could not control in
2  astern way, nor ship can control it.  She's
3  dependent on external resources to make herself
4  manageable and be in control within safe limits, as
5  in to be within the channel.
6          After coming off the channel, both
7  the tugs were made fast with the ropes so that they
8  can pull the ship off the berth and then turn the
9  ship and align it so that ship can move on her own
10 power.
11         So she had to -- she was
12 completely -- and that control was in the hands of
13 tugs.  So the tugs did the right thing, she would
14 have been in the right place and this incident
15 wouldn't have happened.
16         Even though speed increased
17 momentarily, it was not significant to impact it, as
18 in it went up to 3 1/2 knots only.  Still, the ship
19 could have been controlled because she was light,
20 and direction could have turned if the tugs had
21 pulled.
22         Since the tugs didn't pull, we would
23 see the course.  She headed straight to the mooring
24 buoys from the berth.  And the buoys, if they had
25 been fendered, then probably the damage wouldn't

Captain Vijay Cherukuri
June 25, 2020                                                    82 to 85

Page 82

1  have been so much.  As in metal-to-metal contact
2  wouldn't have happened, what I mean by that.  The
3  whole cause of this fire, this breach of hull fuel
4  leakage happened because ship's metal and the wooden
5  buoy's metal came in contact.
6       Q.    How do you know that there was no fender
7  on the mooring dolphins?
8       A.    Because that's what they told us, the
9  ship's staff.  It was later, after the incident.  Of
10 course all this we can only to know in hindsight.
11      Q.    Are you aware --
12      A.    At least I can do.
13      Q.    Are you aware that Captain Charles
14 Arduengo, one of the tug captains, testified that
15 actually there was a fender in place on the mooring
16 dolphins?  Are you aware of that?
17      A.    I am not aware of that.
18      Q.    Are you also aware that almost everybody
19 has testified so far that everyone was aware of the
20 location of the mooring dolphin at all times?  Are
21 you aware of that?
22      A.    If you mean that both the tugs were
23 facing the mooring dolphin and they knew the ship
24 was heading towards it, yes.  In that sense, yes,
25 they would have known exactly there is a dolphin and

Page 83

1  that they're going.  Because both the tugs were
2  facing aft of the ship, which is towards the
3  dolphin.  And they were guiding ships towards it.
4           And if you mean on board the ship,
5  the aft station, that is the people manning the aft
6  deck, where the aft part of the ship is where the
7  ropes were there; ship had been cast off, the cargo
8  still made fast, the people were there.  They could
9  see the mooring dolphin, they were reporting to the
10 bridge, so the master and the pilot were aware of
11 it.  That is why they felt that a warning had to be
12 given.
13      Q.    If everybody could see the mooring
14 dolphin -- and that's the testimony, everyone had
15 visibility of the mooring dolphin -- then what
16 difference would it make if it had a light on it or
17 not in terms of causing the allision?
18           MR. HAROWSKI:  Objection to form.
19           Go ahead and answer, Captain.
20      A.    First, with light -- first and foremost,
21 it attracts attention.
22           Second, it stands out against
23 backscatter.
24           What do I mean by "backscatter"?
25 It's a typical -- one of the risks in navigation.

Page 84

1           As an example, if you come to
2  Singapore, there's so much backscatter, you can't
3  make out what is what.  You know there is something
4  there, but you don't know what it was.  There will
5  be too many lights conflicting, so it confuses the
6  navigator, especially in the darkness.
7           So that is why the buoys, whenever
8  you see out at sea where to guide the ships, they
9  have a light with special characteristics so they
10 stand out.  So whenever you put any hazard,
11 sometimes you say it is required because you need to
12 place a buoy there for whatever reason, commercial
13 or otherwise, or for safety of navigation, you give
14 it certain characteristics as determined by the
15 local authorities.  So it attracts the attention of
16 the people, oddly enough, so that they can take
17 action or, at best, avoid it.
18      Q.    But I thought you agreed with me that
19 the testimony was that people had visibility of the
20 mooring dolphins during this operation; is that
21 true?
22      A.    Yes.  If you mean to say the tugs, they
23 had it.  And if you mean to say the ship's staff,
24 yes, they had it in the last hundred-odd meters they
25 were reporting the distance off from the mooring

Page 85

1  buoy.
2       Q.    And the pilot -- and one of the pilots
3  also, on port side, had visibility of it; correct?
4       A.    My understanding, yes.  It is so -- yes,
5  that is what I understand, he had it, and he
6  apparently informed the pilot.  That's what I think.
7  That's when the pilot give orders to the tug to pull
8  away from it full ahead.  Which I understand was not
9  given by the tugs.  That is probably one of the
10 reason this whole adventure failed and ship went in
11 contact with the mooring dolphin.
12           MS. DUPUIS:  I'll pass the witness.
13 Thank you.
14           E X A M I N A T I O N
15 BY MR. KAJANDER:
16      Q.    Captain, just a couple questions
17 concerning the mooring buoy.
18           Let me start with:  Are you aware
19 that the master of the vessel testified that he
20 was -- he knew the mooring buoys were -- where the
21 mooring buoys were located?
22      A.    I don't know that.  If master said so in
23 his statement, I'm not aware of it.
24      Q.    Assume with me that he testified to that
25 fact.

Captain Vijay Cherukuri
June 25, 2020                                      86 to 89

Page 86

1          Assuming that to be true, can you
2 tell me what difference having a light on the
3 mooring buoy would have made in the manner in which
4 the captain chose to handle the vessel when she
5 departed the Houston Fuel Oil terminal?
6     A.    One is for the master to know the
7 topography, the layout of the land.  That is how you
8 make an image and you make a plan.  You discuss it
9 with your bridge team, you discuss it with your
10 pilot how the events -- how the ship will go, how
11 she will move relative to others and how she will
12 end up.
13          Second is, as you are approaching,
14 the dangers are changing.  As in you pass one
15 landmark, that's no more danger.  The next one
16 becomes a danger.  That's how you map yourself and
17 navigate.
18          So as he goes along, there's always
19 new dangers coming up, and he will be controlling
20 the next one and the next one, next one.  Having
21 this light attracts attention to it.  Having the
22 light gets their attention, and as their distance is
23 using the -- this is more risk than the earlier ones
24 which are either clear or lesser risk so he can
25 start focusing onto the next risk and the next risk.

Page 87

1 Whichever is the biggest risk, they'll even act upon
2 it.
3          So having the light attracts
4 attention.  That is why all navigation lights within
5 to navigate the channels have certain
6 characteristics to attract this attention.
7 Typically flashing and so on.
8     Q.    Captain, on what basis do you state your
9 opinion that the light that was on the buoy, on the
10 dolphin, was not flashing?
11          MR. HAROWSKI:  Objection to the
12          form.
13          MR. KAJANDER:  He can answer.
14     A.    My understanding is, there was no light
15 itself.
16     Q.    (BY MR. KAJANDER) Once again, you did
17 not really answer my question as to what difference
18 the light would have made except in theory.
19 You -- the unequivocal testimony -- and assume with
20 me unequivocal testimony is that the master, the
21 pilots, tug captains all knew where the mooring
22 dolphin was positioned, and you tell me with
23 specificity, Captain, exactly what changes the
24 master would have made in his departure plan if
25 there was a light on the dolphin, as opposed to it

Page 88

1 being unlighted.
2          MR. HAROWSKI:  Objection to the
3          form.  Asked and answered.
4          You can answer, Captain.
5     A.    As he departs the berth, he has an idea
6 of what lies where.  But as he gets -- he starts
7 moving, the light attracts him to the danger.  So
8 that actions will vary according to it.
9     Q.    (BY MR. KAJANDER) Captain, can you tell
10 me any regulations that your company alleges ITC
11 violated with respect to either the placement of the
12 mooring dolphins or their design?
13     A.    The mooring buoys being close to
14 shipping channel where there's traffic, and not
15 being lit and fendered, we felt that it was a risk.
16 If there was even a small margin of error, the ship
17 would be at the edge of the channel, it would be
18 very close to the buoy, and there is a risk of
19 getting in contact, as in this case it has happened.
20     Q.    Do you have a regulation, Captain, that
21 you allege ITC violated with respect to either the
22 construction and design of the mooring dolphins or
23 of their placement?  Not a theory.  I want to know a
24 regulation, a law.
25     A.    I'm not aware of U.S. law.  How would I

Page 89

1 answer that?
2     Q.    So the answer is, you know no -- you
3 know of no violation by ITC; is that correct?
4          MR. HAROWSKI:  Objection.
5          That's not what he just said.
6     A.    I said I don't know the U.S. law, so I
7 don't know what they violated or didn't violate.
8     Q.    (BY MR. KAJANDER) Captain, have you
9 been advised -- have you been told when those
10 dolphins were first installed at ITC?
11     A.    When they were installed at ITC in
12 Houston?
13     Q.    Yes, sir.
14     A.    I don't know when they were installed,
15 sir.
16     Q.    Have you been told how many times the
17 pilots had moved vessels both in and out of ITC and
18 in and out of Houston Fuel Oil without hitting the
19 dolphins prior to September 6, 2016?
20          MR. HAROWSKI:  Objection to the form
21          and to the -- whether this is encompassed
22          within the topics of this deposition.
23          MR. KAJANDER:  That's fine.  I just
24          asked if he had been advised of that.
25          MR. HAROWSKI:  You can answer,

Captain Vijay Cherukuri
June 25, 2020                                    90 to 93

Page 90

1       Captain.
2    A.   I don't know.
3    Q.   (BY MR. KAJANDER)  Captain, you
4  testified that very early on, EMS [sic] was aware of
5  the fact that litigation would likely be pending
6  concerning this incident; is that correct?
7    A.   ESM, you mean?
8         Yes, we anticipated.  Because of the
9  consequences, we expected.
10   Q.   Yet ESM still allowed the parts from the
11 governor actuator to be removed from the site; is
12 that correct?
13   A.   That is correct.  By the technician, by
14 the manufacturer.
15   Q.   And one last question.  And this --
16 this -- not directly on point with this item, but I
17 didn't write down the answer.
18        What do you call the device on the
19 bridge that measures the rpms, that records the
20 rpms?
21   A.   Tachometer.  As in shows the rpm?
22   Q.   Yes, sir.  Does it record the rpms?
23   A.   Okay.  Let me clarify.  What shows the
24 rpm is called tachometer.  What records the movement
25 and the rpm reading is the data logger of the

Page 91

1  telegraph.
2    Q.   So the tachometer does not record the
3  rpms?
4    A.   No, sir.  It does not.  It shows the
5  rpm.
6    Q.   Okay.  Is there any device -- I'm sorry,
7  I apologize.  I didn't mean to go over you.
8         Is there any device located -- is
9  there any device on the vessel that records the rpm,
10 other than the telegraph?
11   A.   In engine room, if there is one,
12 often -- I don't know on this ship.  I'll have to
13 get the subject matter expert on that.  I'm not the
14 one.
15   Q.   Okay, sir.
16   A.   On the bridge -- I can say on the
17 bridge, the digital data -- telegraph data logger is
18 the recorder.
19   Q.   And that's the -- that's the telegraph
20 in which the master's orders to go slow astern and
21 stop, et cetera, are recorded?
22   A.   Exactly.
23   Q.   So there is no other device that records
24 the rpm of the engine on that vessel, no other
25 device on the bridge that records the rpm on that

Page 92

1  vessel; is that correct?
2    A.   On the bridge, yes, sir.
3    Q.   So if -- so just so we're clear, if the
4  recording on the telegraph is not accurate, there
5  would be no way to check -- there would be no other
6  device to check it against?
7    A.   On the bridge, if you mean?
8    Q.   Yes.
9    A.   Yes, sir.  Because in the engine room,
10 there could be devices there that could record it.
11   Q.   But your specific knowledge -- based on
12 your specific knowledge, you do not know if there is
13 a device in the engine room that records the rpm
14 levels; is that correct?
15   A.   My specific knowledge, yes.  My personal
16 knowledge, yes.
17        MR. KAJANDER:  Thank you, sir.
18        MS. DUPUIS:  Jeremy, I have a
19        follow-up.  Do you want to go first?
20        MR. HERSCHAFT:  I do.
21        Captain, I do have some follow-up
22        questions based upon the comments that you
23        made with respect to the tug's involvement
24        here.
25        And, Pam, I apologize, was that a

Page 93

1        comment from you?
2        MS. DUPUIS:  No.  I just -- I have a
3        follow-up, so just go ahead, yeah.
4        MR. HERSCHAFT:  Understood.
5        E X A M I N A T I O N
6  BY MR. HERSCHAFT:
7    Q.   Captain, you testified a few moments ago
8  that the entire control of the maneuver was in the
9  hands of the tug, but isn't it correct that the
10 captain's in control of your vessel?  Correct?
11   A.   Master is in control of the ship; true,
12 sir.  To achieve the control, he needs resources.
13 Out at sea engine, the rudder is sufficient when
14 you're going ahead.  Even if you go astern, there is
15 sufficiency room.  Not a problem.  For people, he
16 have sufficient people on board.  But when you put
17 them in a congested water, very restricted, narrow
18 water as alongside a berth, he needs additional
19 resources to be in control, of which pilot is one
20 for local knowledge.
21        Tugboats off the berth, surely;
22 otherwise, he, on his own, is never in control,
23 especially if he has to come astern.  When he comes
24 astern, steering won't work.  Ship cannot steer.
25   Q.   Let me ask you this:  If the

Captain Vijay Cherukuri
June 25, 2020                                    94 to 97

Page 94

1  pilot -- the pilot is giving orders to the tugs;
2  correct?
3      A.    Yes.
4      Q.    And you -- you said that you yourself
5  have a master mariner's license.
6            Am I correct that you've been in
7  that role before, where you're giving instructions
8  to pilots, who then give instructions to tugs?
9      A.    That is correct.  I've been the master
10  mariner -- master of a ship, yes, I have been in
11  contact with the pilot.
12      Q.    In this case, are you aware that the
13  master and the pilots and the tugmasters testified
14  that it was contemplated that the Aframax would be
15  using her engine as part of this maneuver?  Are you
16  aware of that?
17      A.    Exactly engine, no, sir.  But I know
18  this much, that they agreed with the pilot -- master
19  agreed with the pilot.  They used the tugs to come
20  off the berth.  The tugs will swing the ship into
21  the channel.  That's where two tugs were made fast:
22  one at forward, one at aft, position her in the
23  channel; and then after, the tugs will be cast off
24  and then ship will go on her own power.  Until then,
25  the tugs will be controlling her direction and

Page 95

1  movement.
2      Q.    But you haven't read -- I think, as you
3  said earlier, you haven't read any of the testimony
4  about the actual discussions that occurred between
5  the master and the pilot and the pilot and the tug,
6  have you?
7      A.    No, sir.  You mean testimony?
8      Q.    Sure.
9      A.    I haven't read master's or the pilot's
10  testimony.  No, I haven't read it.
11      Q.    Are you aware that -- I take it, then,
12  you would not be aware that the pilots testified
13  that the tugs followed all of the pilot's orders?
14  Are you aware of that?
15            MR. HAROWSKI:  Objection.  Form.
16       Please answer.
17      A.    I am not aware what the tugmaster said
18  of this.  No, I haven't read it.
19      Q.    (BY MR. HERSCHAFT)  And are you aware
20  that the tug captains testified that even though
21  they followed the pilot's orders, their actions
22  couldn't turn the vessel because of its full-astern
23  speed?
24            MR. HAROWSKI:  Objection to the
25       form.

Page 96

1            You can answer.
2      Q.    (BY MR. HERSCHAFT)  Are you aware of
3  that?
4      A.    I haven't read about it, what the tug
5  pilot said.
6      Q.    You also mentioned a few terms a second
7  ago.
8            Does the company consider this
9  particular area as the -- where this vessel was that
10  maneuvering to be congested?  Is that a congested
11  area?
12      A.    That is correct, sir.  It is congested.
13      Q.    And restricted and narrow?
14      A.    Correct, sir.
15            MR. HERSCHAFT:  Okay.  I don't have
16       any further questions.
17            E X A M I N A T I O N
18  BY MS. DUPUIS:
19      Q.    The issue we were talking about earlier,
20  I'll just read another excerpt from Capt. Kumar's
21  deposition transcript.  He was asked -- this is a
22  question:  "And do you see a navigation light on
23  that mooring dolphin on the top right?"
24            And his answer was:  "Yeah."
25            He went on to say:  "Fendering?"

Page 97

1  Only on bottom part."  [As read]
2            So it appears from his deposition
3  that the captain saw a light, there is a light on
4  the mooring dolphin and also fendering on the
5  mooring dolphin.
6            Are you suggesting that Capt. Kumar
7  was wrong in those recollections?
8            MR. HAROWSKI:  Objection to the form
9       and reading it out of context.
10            Please go ahead and answer, Captain.
11      A.    It haven't read what Capt. Kumar said,
12  so I don't know on what Capt. Kumar said.  All that
13  I know of, at that time, when the -- with the
14  lawyer's assistance investigated, they, in fact,
15  checked on this aspect, and they found out.  Our
16  understanding at that time was, there was no light
17  was lit, nor was it fendered.  That was the
18  information we had.
19      Q.    (BY MS. DUPUIS)  What type of fender are
20  you alleging would have prevented the allision of
21  the Aframax with the mooring dolphin?
22      A.    Here, my opinion you're asking?
23      Q.    Yes.  On behalf of ESM.
24      A.    I would say that normal fenders, as is
25  alongside any berth.

Captain Vijay Cherukuri
June 25, 2020                                          98 to 101

Page 98

1    Q.    Such as?
2    A.    Or any dolphin.
3          Typically, they have very thick
4    rubber fenders so that you can take the momentum of
5    ships, it will -- even if it touches, it takes it
6    and then bounces back.  The jetties are not damaged,
7    typically, or terminals or boats are not damaged.
8    And neither is the ship.  Basically, they stop
9    steel-to-steel contact.
10          MS. DUPUIS:  Pass the witness.
11          E X A M I N A T I O N
12   BY MR. KAJANDER:
13    Q.    Captain, are you aware of any regulation
14   that mandates rubber bumpering on mooring dolphins
15   in U.S. waters?
16    A.    In U.S. regulation?  No, sir, I'm not
17   aware of U.S. regulation.
18          MR. KAJANDER:  Thank you.
19          I have nothing further.
20          MR. HERSCHAFT:  I don't either.
21          MR. HAROWSKI:  I think we're good
22        here.
23          MR. HERSCHAFT:  Captain, I think
24        we're good here, I agree.  Just give me
25        one second.  I think we've covered all of

Page 99

1        the topics where you have been designated.
2          And, Mike, am I correct, then, that
3        that is all of the topics for our
4        Singapore colleagues?
5          MR. HAROWSKI:  Correct.
6          MR. HERSCHAFT:  Okay.  I have no
7        further questions for you, and we thank
8        both of you gentlemen.  I do appreciate
9        it's late where you're at.  Thank you for
10        your time today.
11          MS. DUPUIS:  Thank you.
12          MR. KAJANDER:  Thank you, gentlemen.
13          (Deposition concluded at 10:51 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 100

1      WITNESS CORRECTIONS AND SIGNATURE
2      Please indicate changes on this sheet of paper,
   giving the change, page number, line number and reason
3    for the change.  Please sign each page of changes.
4    PAGE/LINE       CORRECTION      REASON FOR CHANGE
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
        _____
        CAPTAIN VIJAY CHERUKURI
24
25

Page 101

1    S I G N A T U R E   O F   W I T N E S S
2
3      I, CAPTAIN VIJAY CHERUKURI, solemnly swear or
4    affirm under the pains and penalties of perjury that
5    the foregoing pages contain a true and correct
6    transcript of the testimony given by me at the time
7    and place stated with the corrections, if any, and the
8    reasons therefor noted on the foregoing correction
9    page(s), and that I am signing this before a Notary
10   Public.
11
12
        _____
13        CAPTAIN VIJAY CHERUKURI
14
15   STATE OF T E X A S      *
16   COUNTY OF _____    *
17         SUBSCRIBED AND SWORN TO BEFORE ME BY
18   CAPTAIN VIJAY CHERUKURI on this, the _____ day of
19   _____, 2020.
20
21
        _____
22        Notary Public, State of Texas
23
     My Commission Expires: _____
24
     JOB NO. 1-338150
25

Captain Vijay Cherukuri
June 25, 2020                                          102

Page 102

```
 1              REPORTER CERTIFICATION
 2   THE STATE OF TEXAS :
     COUNTY  OF  HARRIS :
 3        I, DENYCE SANDERS, a Certified Shorthand
     Reporter and Notary Public in and for the State of
 4   Texas, do hereby certify that the facts as stated by
     me in the caption hereto are true; that the above and
 5   foregoing answers of the witness, CAPTAIN VIJAY
     CHERUKURI, to the interrogatories as indicated were
 6   made before me by the said witness after being first
     duly sworn to testify the truth, and same were reduced
 7   to typewriting under my direction; that the above and
     foregoing deposition as set forth in typewriting is a
 8   full, true, and correct transcript of the proceedings
     had at the time of taking of said deposition.
 9        I further certify that I am not, in any
     capacity, a regular employee of the party in whose
10   behalf this deposition is taken, nor in the regular
     employ of this attorney; and I certify that I am not
11   interested in the cause, nor of kin or counsel to
     either of the parties.
12
          That the amount of time used by each party at
13   the deposition is as follows:
14        MR. HERSCHAFT - 01:17:18
          MR. KAJANDER - 00:32:42
15        MS. DUPUIS - 00:18:03
16
          GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
17   this, the 29th day of June, 2020.
18
19
          _____
          DENYCE SANDERS, CSR, RDR, CRR, TCRR
20        Notary Public in and for
          Harris County, T E X A S
21
     My Commission Expires:  4-14-21
22   Certification No.:  4038
     Expiration Date:  04-30-22
23   U.S. Legal Support, Inc.
     16825 Northchase Drive, Suite 800
24   Houston, Texas  77060; 713.653.7100
     Firm No. 122
25
```

**0**

**000** 15:6
**00934** 4:21

**1**

**1** 67:12
**1-338150** 1:25
**1.11** 4:10
**1.12** 16:3,5
**1.2** 4:7
**1.2.5** 4:7
**1.21** 4:13 25:19
**1.21.3** 4:13
**1.22** 9:14
**1.3.1** 4:10
**1.6.4** 4:9
**1.7** 4:9
**1/2** 28:11,13 48:17, 19,20 81:18
**10** 4:7,13 25:14,16 29:9
**100** 3:18
**102** 3:19
**1021** 2:10
**10:30** 55:16
**10:51** 1:22 99:13
**11** 4:15,18 52:22,24 54:13
**11.13** 4:18
**12** 4:16 53:6,8
**13** 4:18 54:11,12
**1315** 61:12
**1316** 61:12
**14** 4:9,19 61:5,7 62:20 66:17
**1400** 2:19
**15** 4:10,21 70:2,4
**15-minute** 55:11
**16** 4:12,22 73:6 75:20,22 76:3
**18th** 76:5
**19** 12:1
**1972** 49:23
**1979** 10:18 11:25 12:4
**1980** 12:3 13:7,15, 16

**1981** 14:10,12
**1988** 14:21

**2**

**2** 3:5 5:9,18 27:13 29:10,11 56:16 67:12
**2.00000** 27:13
**2.2** 4:16
**2.3.1** 53:22
**2.4.1** 4:16
**2002** 50:14,15
**2003** 25:20
**2004** 26:7
**2005** 26:15,19
**2006** 29:1,8,9
**2016** 24:9 42:11 58:21 61:15 89:19
**2020** 1:16,21 3:3 4:3
**2200** 2:15
**2387** 53:14
**23:59** 23:10
**25** 1:16,21 3:3 4:3, 13
**29** 58:10 59:12

**3**

**3** 5:9 7:15 20:16,21, 22 28:13 48:17,19, 20 67:12 81:18
**3.10** 66:7,23
**3.7** 21:1
**30** 14:2 18:23 28:2 33:7,21 43:12,23 45:10,20 46:7 58:11
**30(b)(6)** 72:15
**31** 45:20
**32** 3:7
**36** 3:8
**3rd** 49:23

**4**

**4** 51:21 67:12
**40** 45:11 46:10
**49** 3:9
**4:18-cv-3113** 1:6

**5**

**5** 3:6 4:6 7:18,23 8:1 28:11 33:22 51:23 56:17 67:12
**5.5** 28:10
**5.7** 28:10
**50** 48:2
**51** 3:10
**52** 4:15
**53** 4:16
**54** 4:18

**6**

**6** 4:7,12 10:11,13,17 11:13 13:16 14:10 16:9 17:4,8,12 42:11 61:15 64:2 89:19
**61** 4:19
**62** 25:3
**650** 2:15
**6th** 15:6 58:21

**7**

**7** 4:6,9 14:17,19 56:10
**70** 4:21
**70124** 2:15
**713.228.6601** 2:21
**713.802.9117** 2:6
**75** 4:22
**77002** 2:20
**77008** 2:5
**78133** 2:10
**79** 3:11

**8**

**8** 4:10 15:21,22,25 28:3 38:1 47:24 48:9
**80** 18:24 25:12,13
**85** 3:12

**9**

**9** 4:12 16:25 17:3 71:21 73:6
**9-6-16** 4:19
**92** 25:1
**93** 3:13 25:1
**96** 3:14
**98** 3:15
**9:30** 55:10
**9th** 76:5

**A**

**A.285.** 25:21
**a.m.** 1:22 99:13
**abbreviation** 16:13
**ability** 48:8
**abnormality** 70:15, 18,23,24 71:2 77:21 78:16
**aboard** 75:7 76:15
**above-styled** 1:21
**accelerate** 39:2
**accelerated** 47:23
**accompanied** 6:18
**accordance** 18:13
**account** 16:9
**accurate** 39:3 92:4
**achieve** 93:12
**achieved** 20:15
**act** 16:18 87:1
**action** 12:22 17:16 21:5 27:22 57:21 74:23 84:17
**actions** 11:12 13:3 56:18 73:12 88:8 95:21
**activate** 40:23 41:3, 15 42:5,13
**activated** 37:20
**activities** 58:3
**actual** 30:1 64:8 95:4
**actuator** 68:4,12,16 70:6,11,18 73:4,14, 19 77:22 78:17,19 90:11

**additional** 93:18
**address** 6:6
**addressed** 69:12
**addressing** 5:22
**adjusted** 40:16
**adjustments** 40:14
**Admiralty** 1:7
**admissibility** 77:25
**admit** 70:24
**adventure** 85:10
**advice** 41:8 62:8
**advise** 41:7 46:12,
15,21,25
**advised** 46:9 89:9,
24
**Aframax** 1:8,9 2:13
4:20 5:22 6:2 15:5
18:9 24:21 25:1
37:9 42:10 43:1
46:6 58:10 60:17
61:14 62:11 75:5
79:14 94:14 97:21
**aft** 83:2,5,6 94:22
**agree** 17:21,23 32:4,
21 33:15,19,23
40:13 63:5,9,18,21
98:24
**agreed** 40:11 56:6
84:18 94:18,19
**agrees** 40:15
**ahead** 12:17 15:14
20:17 21:8,14,20,25
22:2,3 24:22 34:8
35:22 36:12 37:19,
21,22 40:9,25 41:3,
18 43:20 45:19,24
46:23 48:7 60:19
78:1 83:19 85:8
93:3,14 97:10
**air** 66:6,8,21,24
**align** 35:11 81:9
**allegations** 73:10
**allege** 88:21
**alleged** 65:21
**alleges** 88:10
**alleging** 97:20
**allision** 15:7 21:16
32:22 33:2 35:4,14
65:20 72:1 83:17
97:20

**allowed** 90:10
**alongside** 16:18
93:18 97:25
**amount** 28:4
**AMR** 10:18 25:20
59:12 61:12
**analyzed** 63:13
**anticipate** 27:19
79:10
**anticipated** 18:16
24:13 61:3 79:15
90:8
**Antonopulos** 2:25
**apologize** 91:7
92:25
**apparently** 85:6
**APPEARANCES** 3:5
**appeared** 35:14
**Appearing** 2:2
**appears** 76:2 97:2
**apply** 6:24 14:23
52:3
**appreciation** 77:9
**approaching** 86:13
**approximately**
43:12
**Arduengo** 82:14
**area** 7:21 55:18
80:21 96:9,11
**areas** 11:3,4,5
**argue** 80:11
**Arvind** 32:12,17
**ascertain** 38:12
**ashore** 50:25
**aspect** 36:10 41:9
52:11 58:2 78:14,18
97:15
**aspects** 11:1,7
52:16,17 67:9,11
**assessing** 27:22
**assigned** 45:18
62:10
**assist** 44:22 62:9
**assistance** 60:22
77:15 97:14
**assists** 62:5
**assume** 32:14 47:24
85:24 87:19
**assuming** 15:16
86:1

**assumption** 34:20
**assumptions** 63:16
**astern** 19:2 20:21,
22,23 21:1 23:11
24:21,23 25:3 28:10
30:1 33:24 36:12,24
37:14,17 40:25
43:12,23 45:1,10
47:4,5,7,8,10,12,15
62:23 63:7 74:22
81:2 91:20 93:14,
23,24
**Athens** 75:24
**attach** 58:9
**attached** 1:24 7:24
10:14 17:2
**attend** 9:1,21
**attendance** 76:15
**attending** 10:1,9
**attention** 14:19
83:21 84:15 86:21,
22 87:4,6
**attorney** 77:5
**attorneys** 5:6 60:15
80:5
**attract** 87:6
**attracts** 83:21 84:15
86:21 87:3 88:7
**authorities** 6:9
57:11 59:19 61:1
84:15
**authority** 11:15
42:6,11,15 53:15,20
**authorize** 42:11
**authorized** 42:4
**Avenue** 2:19
**avoid** 17:16 84:17
**avoidance** 13:17
**aware** 13:22,25 14:4
15:15 18:24 19:1
25:10 32:20 42:22
49:3,14 59:16 65:24
66:3 76:23 77:5,19
82:11,13,16,17,18,
19,21 83:10 85:18,
23 88:25 90:4
94:12,16 95:11,12,
14,17,19 96:2
98:13,17
**awareness** 11:19

|  |  |
|---|---|
| | **B** |

**B(c)** 26:24
**back** 12:14 19:15,21
30:21 32:6 47:12
56:9 62:20 64:21
69:9 71:15,17 72:13
79:3 98:6
**backing** 20:1
**backscatter** 83:23,
24 84:2
**bad** 11:6
**ballast** 74:17
**bar** 80:20
**base** 34:18
**based** 16:16 20:14
22:24 28:24 34:9,10
35:24 37:24 39:7
41:4 43:24 45:8
72:14 92:11,22
**basic** 6:24 67:11
**basically** 62:5 98:8
**basing** 34:19
**basis** 10:5 19:7
20:11 63:23 87:8
**Bates** 59:12 61:11
**begins** 18:14
**behalf** 42:9 97:23
**behave** 66:10
**believed** 60:6,8
**bells** 21:8,14
**berth** 37:15,16,17
41:24 43:2 44:19
57:8 81:8,24 88:5
93:18,21 94:20
97:25
**big** 13:19
**biggest** 87:1
**binder** 61:8
**birth** 49:22
**bit** 27:21,25 28:3
31:4 49:25 51:18
66:14 75:24
**black** 27:8,12
**BLANK** 2:19
**board** 5:20 7:4 11:2,
23 12:10 13:11
14:23 18:15 26:1,4,
9 28:21,23 34:3
42:18 53:9,15

57:10,12,14,15
60:23,24 73:3,6
78:6 83:4 93:16
**boats** 98:7
**bottom** 97:1
**Boulevard** 2:4
**bounces** 98:6
**breach** 82:3
**break** 51:18 55:11,
19,24 56:7
**bridge** 4:6 5:10 6:19
7:10,17,20,25 8:4,5
9:3,15 10:4,7,18,21,
23 11:7 12:5,7,9
13:8,12,17 14:3,21
15:8 22:4,12 29:3,
12 32:24 33:17
35:16 42:4,13 43:5,
6,9 44:8 62:23 63:7,
22 77:23 83:10 86:9
90:19 91:16,17,25
92:2,7
**briefly** 49:18
**Brook** 2:7 45:14
80:12
**brought** 28:15
**bumpering** 98:14
**bunch** 66:19
**bunkers** 52:21
**buoy** 41:25 74:13
84:12 85:1,17 86:3
87:9 88:18
**buoy's** 82:5
**buoys** 81:24 84:7
85:20,21 88:13
**business** 79:4 80:1,
9
**busy** 44:18
**button** 33:10 40:21

---

**C**

**calculated** 28:17
**call** 48:11 68:20,23
90:18
**called** 22:5 58:12
67:6 90:24
**calling** 22:21 49:3,8
**calls** 60:10
**Canyon** 2:10

**Capt** 5:5 32:14 34:3
35:13,17,20 40:9
56:8 96:20 97:6,11,
12
**captain** 1:15,19 3:3
4:3 5:1 7:14 19:25
32:12,17 34:8 35:22
41:18 42:23,24 48:8
51:14 58:12,15
60:20 72:23 78:2
82:13 83:19 85:16
86:4 87:8,23 88:4,9,
20 89:8 90:1,3
92:21 93:7 97:3,10
98:13,23
**captain's** 93:10
**captain-of-the-port**
58:20 59:13
**captains** 75:13
82:14 87:21 95:20
**card** 25:1 27:16
**cargo** 83:7
**carrying** 57:24
**case** 1:6 5:7 9:19
20:17 23:2,4 28:9,
14 41:1,7 44:24
47:9 48:15 51:6
69:19 88:19 94:12
**cast** 83:7 94:23
**casting** 44:18
**catch** 27:10
**caused** 67:17 73:20
**causing** 83:17
**CCR** 1:22
**Certification** 3:19
6:11
**certified** 6:8,12 50:8
**cetera** 8:17 10:2
26:22 91:21
**chain** 65:13
**change** 21:2 36:7
37:25 44:5
**changed** 40:3
**changing** 86:14
**channel** 35:11 74:11
80:21 81:5,6 88:14,
17 94:21,23
**channels** 87:5
**characteristics**
84:9,14 87:6
**characterization**
48:5

**charge** 7:9 24:13
30:3
**charges** 76:4,14
**Charles** 82:13
**check** 67:8 69:7
78:14 80:10 92:5,6
**checked** 97:15
**checking** 57:19
**checklist** 27:17
**CHERUKURI** 1:15,
19 3:3 4:3 5:1
**chief** 7:13 41:7,8,11,
13 46:4 50:5
**choosing** 20:8
**chose** 42:14 86:4
**circumstance** 41:11
**circumstances**
17:18 40:20,22
**Civil** 1:23
**claim** 49:4
**claimed** 75:25
**claiming** 49:12
73:17 74:2,5
**clarify** 30:20 31:21
69:7 90:23
**clear** 21:11 36:2
41:23 86:24 92:3
**clears** 7:2
**client** 73:12
**clients** 56:18
**close** 25:6 28:12
41:14 51:19 80:20
88:13,18
**Coast** 14:2 17:3
58:11,25 59:1,14,17
**coasting** 8:8
**collaboration** 24:12
**colleague** 76:22
**colleagues** 75:23
99:4
**collide** 35:9
**collided** 35:10
**collision** 7:1 16:13,
14 17:16 22:1
**COLREGS** 16:10,12,
13
**command** 53:15
**commands** 23:6
32:25 33:17 35:15
77:22

**comment** 12:7 93:1
**comments** 92:22
**commercial** 84:12
**commonly** 16:22
**communicate** 15:20
**communication**
14:21 65:13 69:20
**communications**
65:7 66:1 69:25
**company** 2:18 5:21
6:14 8:3,19,20
10:21 17:5 24:1
25:25 49:10 51:4
52:11 53:23 56:24
57:2 59:15 60:5
61:23,24 62:12
65:22 67:1,21 69:10
70:24 73:25 88:10
96:8
**company's** 6:24
9:25 10:9 11:14
13:11 15:11,18
26:8,14 27:4,7,16
28:24 29:17 31:22
52:13 56:10 69:15
77:9
**complaint** 73:11
**completely** 81:12
**compliance** 10:8
**components** 71:24
72:1
**computer** 37:3
**concept** 17:21
**concepts** 6:24 7:11
**concluded** 25:11
99:13
**condition** 21:9,17
74:17,20
**conditions** 8:9
17:18 18:4
**conduct** 7:3 24:6
**conducted** 10:5
**confer** 26:20
**confirm** 47:11 54:20
55:1 67:3
**confirmed** 26:8
44:25 47:16
**confirming** 44:23
**confirms** 14:13
**conflicting** 84:5

**confuse** 69:2
**confuses** 84:5
**confusion** 32:7
**congested** 8:8 93:17 96:10,12
**connection** 9:2 66:7,22
**consequence** 24:15 79:22
**consequences** 90:9
**Constantine** 2:25
**construction** 88:22
**contact** 45:12 82:1,5 85:11 88:19 94:11 98:9
**contemplated** 19:3 94:14
**contend** 56:15
**contents** 4:6,15 7:25 8:13 52:25 53:2
**context** 97:9
**contingent** 56:20
**continue** 13:4 26:2
**continued** 39:1
**continuing** 14:10
**continuously** 27:23 44:17 45:6
**contribute** 12:23
**contributed** 80:17
**control** 28:16 40:25 41:21,22 42:12,14 48:13 62:24 63:8,23 74:10,22 80:25 81:1,2,4,12 93:8,10, 11,12,19,22
**controllable** 19:6 21:5 48:16,19
**controlled** 48:21 74:18,21 81:19
**controller** 29:23
**controlling** 20:3 86:19 94:25
**controls** 29:4,13,19, 20,22
**copy** 17:3 53:1
**CORPORATE** 1:14
**CORPORATION** 1:4
**correct** 7:7,22 9:3,6 11:16,19,20 13:8,9, 13,14,20 14:15,16

**currents** 11:5
**cylinder** 66:6,7,22, 23

**D**

**damage** 81:25
**damaged** 57:20 98:6,7
**damages** 65:21 75:24 79:19
**danger** 42:3 86:15, 16 88:7
**dangers** 18:4 41:23 86:14,19
**darkness** 84:6
**data** 15:4 19:12 28:22 34:11,13,15 90:25 91:17
**date** 18:11 49:21 61:15 73:8
**day** 32:17 58:21 61:16 64:2
**dead** 28:9 29:25 36:23 37:14,16,19, 21,22 43:23 45:1, 10,19 47:4,7,9,10, 11,15
**dealing** 8:14
**deals** 25:17
**decelerate** 39:2
**decimal** 27:13
**decisions** 11:16
**deck** 83:6
**decrease** 38:1
**deemed** 48:2
**deems** 40:15
**Defendants** 1:10,20 2:8
**degrees** 50:1
**Denyce** 1:22
**departed** 46:6 86:5
**departing** 43:2
**departs** 88:5
**departure** 37:9 40:6 43:11 87:24
**dependent** 81:3
**depending** 8:7 11:6 17:23 18:3
**depends** 7:6

**depicts** 53:14
**deposed** 75:14
**deposition** 1:14,19 3:2 4:2 31:4 32:12, 19 45:15 65:25 75:8 89:22 96:21 97:2 99:13
**describe** 5:25 10:20 12:2,15 16:11 28:2 52:13 62:2 68:15,18
**describes** 7:19
**describing** 53:3
**description** 4:4 66:5,12,15
**design** 88:12,22
**designated** 43:17 44:13 99:1
**details** 15:15 36:10 69:8 71:8
**determination** 80:17
**determine** 65:12 67:2 69:16
**determined** 77:20 84:14
**device** 90:18 91:6,8, 9,23,25 92:6,13
**devices** 35:25 92:10
**DICKER** 2:14
**difference** 39:23 83:16 86:2 87:17
**difficulties** 76:20
**difficulty** 20:2
**digital** 39:25 91:17
**direct** 14:18 16:2 52:24 53:22 74:9
**direction** 33:24 36:8 81:1,20 94:25
**directly** 90:16
**disagreeing** 63:23
**disastrous** 11:24 12:11,15,21
**discarded** 71:5,12, 24 72:6
**discovery** 59:10 61:11 65:5 69:22 73:11
**discuss** 18:15 86:8, 9
**discussed** 26:18
**discusses** 53:2

**confuse** — (middle columns)
**CORRECTIONS** 3:18
**correctly** 9:14 28:12 58:4
**corresponded** 38:19
**correspondence** 65:19
**correspondent** 60:25
**counsel** 5:13 69:23 71:4 72:9
**count** 50:18
**counter** 36:5,7,13, 21,24 38:4,6,11,18, 23 39:11,13,16,24 45:7
**couple** 32:4 85:16
**courses** 26:22 52:10
**Court** 1:1 68:16
**covered** 31:24 98:25
**covers** 52:15
**crew** 5:22 6:2,4 9:20 29:18 49:6 52:16
**cross-designated** 5:15
**cross-noticed** 31:2
**cross-talk** 9:22 20:13
**CRR** 1:22
**Cruse** 2:7
**CSR** 1:22
**current** 50:19

Note: second column entries:
15:10 16:23,24 17:10,11 18:2,3,11, 16 19:4 20:21 22:13,14,24 24:10 26:5,6,12,13,18 28:22 29:19 30:4,5, 23 34:10 35:5 36:3 39:3,7,21 41:5,9 43:7,8,13 47:24 51:25 53:16,17 54:4,5,10 59:3,4,18, 19 63:20 64:10,15 68:5,6 70:6,11 71:6, 12 73:15,16 78:17 79:11,12 85:3 89:3 90:6,12,13 92:1,14 93:9,10 94:2,6,9 96:12,14 99:2,5

Case 4:18-cv-03113 Document 96-2 Filed on 12/30/21 in TXSD   Page 33 of 42
Page 96-2 v Filed on 12/30/21
June 25, 2020                                                                      5

discussing 32:6
discussion 49:1
  72:19 77:2
discussions 95:4
dismissed 62:15
dispatched 57:5
disposal 10:25
dispute 23:7
distance 17:17
  84:25 86:22
DISTRICT 1:1
divided 17:8
DIVISION 1:2
dock 46:7
document 58:13,15
  61:9,10 62:20
  64:21,22 65:9,18,23
  66:4 68:7 76:11
Document.txt.
  61:14
documents 18:9
  19:9 23:23 37:5,25
  56:12 60:11 65:13,
  25 71:23 73:25
  76:1,11 77:5,6,8
dolphin 35:10
  82:20,23,25 83:3,9,
  14,15 85:11 87:10,
  22,25 96:23 97:4,5,
  21 98:2
dolphins 35:5 82:7,
  16 84:20 88:12,22
  89:10,19 98:14
Douglas 2:24
Drive 2:10
drop 27:25
due 62:24
duly 1:20 5:2
Dupuis 2:5 3:7,9,11,
  14 30:7,12,18 31:7,
  15 32:2,10 34:13,19
  35:4,13 36:1,14
  49:18,20 51:10 55:4
  56:6 72:11 79:2
  80:16 85:12 92:18
  93:2 96:18 97:19
  98:10 99:11
duration 19:21

## E

earlier 9:1 52:1
  59:24 64:17 68:11
  69:9 70:9,21 71:11
  75:8 77:18 86:23
  95:3 96:19
early 90:4
easily 74:21
EDELMAN 2:14
edge 88:17
educated 72:16
education 49:25
effective 17:16
elastic 66:7,23
elderly 62:18
electronic 28:22
  69:15
Eliminates 11:22
  12:9
ELSER 2:14
email 61:13
emergency 33:9
  37:20 40:21,23
  41:12 42:5,13 44:3
employed 7:4 61:24
  62:14
EMS 90:4
encompassed
  89:21
encountered 70:18
end 86:12
ended 64:1
ending- 64:9
engage 40:20
engine 8:16 9:10
  14:2 18:21 21:14,
  20,24,25 22:6,10
  23:5,11,19,22 29:4,
  13 30:3 32:23,24
  33:9,16,17 34:11,
  15,22 35:8 36:3
  37:3,4 41:1 43:1
  44:4,12,14,24
  47:16,23 62:22 63:6
  66:9 67:6,7,17 68:4,
  17 73:25 74:1,4,6
  77:22 78:16,19
  91:11,24 92:9,13
  93:13 94:15,17

engine-order 64:14
engineer 41:7,8,11,
  13 46:4,21 48:10
  68:20
engineering 68:21
engines 19:21 40:21
English 14:22,25
  15:17,20
entire 8:21 10:14
  93:8
entries 45:4
environment 57:17
equipment 29:2,11,
  12 52:20 58:2 70:25
  71:5,11 73:15
ERM 49:5
erratically 66:10
error 11:22 12:9,21
  88:16
eruption 65:21
ESM 4:8,9,11,14
  5:23,24 9:21 49:10,
  12 50:24 51:1,3,22
  52:1 60:17 62:15
  79:4,14 80:16 90:7,
  10 97:23
event 59:5 64:2 70:1
  77:10
events 40:17 86:10
eventually 18:23
evidence 18:21
  21:22 35:2 48:6
  65:2
evolution 9:9 27:3
  30:4
exact 15:15 19:23
  27:13 28:1,10,16
  36:10 50:18 59:6
  73:8
exam 50:4,5,6
examples 9:17
exams 50:3
exceeded 23:15
  27:2
excerpt 96:20
excessive 40:24
  41:3,10
exchange 18:10,17
  26:17,20 40:6
excuse 68:19

EXECUTIVE 1:8
  2:13
exhibit 4:1,6,7,9,10,
  12,13,15,16,18,19,
  21,22 7:18,23 8:1
  10:11,12,17 11:13
  13:16 14:10,17,19
  15:21,22,25 16:25
  17:2 25:2,14,15
  29:2,9 52:22,24
  53:6,7 54:11,12
  56:16 58:10 59:7,9
  61:5,7 66:17 70:2,4
  75:20,22 76:3
exhibits 10:15
expect 44:14
expected 27:18 90:9
expert 41:8 51:5,8
  62:8 76:18 91:13
experts 57:25 68:1
explain 60:13
extent 55:16,18
  60:10 69:24
external 11:3 81:3
extinguished 57:9

## F

facing 82:23 83:2
fact 15:10 20:9,14
  21:1,20,23,25 22:5,
  9 23:2,4 24:12 40:2
  48:17 60:23 70:22
  71:11 85:25 90:5
  97:14
factors 11:3,6 16:9
  67:7
facts 22:24 28:25
  34:9 35:24 36:2
  39:7 63:12
fail 73:21
failed 85:10
failure 9:10 18:25
  19:14,20 20:16
  73:18
fair 29:24 63:17
familiar 58:13,16
familiarize 52:5
fast 74:16 79:18
  81:7 83:8 94:21
fault 78:12

faulted 78:8
federal 1:23 57:11
feels 22:8 41:1
felt 37:19 42:14
47:18 80:19 83:11
88:15
fender 82:6,15
97:19
fendered 74:13
80:22 81:25 88:15
97:17
fendering 96:25
97:4
fenders 97:24 98:4
file 69:19
files 69:15
finally 37:18
find 67:11
finding 77:25
fine 31:7 55:22
72:17 89:23
fire 57:8 82:3
firefighting 54:9
fit 40:15
five-day 6:19
five-year 10:5
fixed 40:17 76:16
flashing 87:7,10
fleet 62:6
float 62:11
flown 59:25
fly 60:2
focus 5:18 73:13
focuses 53:20
focusing 86:25
follow 5:13 9:15
40:5 79:10,16
follow-up 30:17
49:17 92:19,21 93:3
foremost 83:20
form 12:25 14:5
15:13 16:14 20:6
21:18 34:7,24 35:12
37:11 38:22 39:6
41:17 48:4 83:18
87:12 88:3 89:20
95:15,25 97:8
forward 14:11 94:22
found 70:17,19
97:15

fraction 20:23
frame 15:5 18:22
free 40:14
FREEMAN 2:4
front 61:9 65:2
fuel 46:7 82:3 86:5
89:18
full 22:2 24:22,23
25:3 37:22 62:12
85:8
full-astern 95:22
Fully 32:13

## G

G&h 2:18 73:17
gap 48:2
Gasparilla 75:13
gauges 43:6
gave 14:1,8 37:16,
19,21 47:9,19 48:10
52:1 75:8
general 7:16,19 8:14
50:20 54:18 59:11
generally 5:25 10:20
25:24 51:17 52:13
58:19,23 59:15
68:15,17
generated 39:10
77:8
gentleman 62:18
gentlemen 55:25
99:8,12
give 6:13 22:2 24:16
27:25 30:8,10 37:18
40:10 54:6 84:13
85:7 94:8 98:24
giving 19:7 94:1,7
good 5:5 11:6 42:9
98:21,24
government 6:8
governor 67:7 68:4,
12,16 70:6,11,18
73:4,14,19,21 77:22
78:17,19 90:11
governor/fuel 66:6,
22
graph 53:14
graphs 53:14
Guard 14:2 58:11,25
59:1,14,17

Guard's 17:3
guess 31:16 44:7
guessed 79:19
guidance 8:14 67:12
guide 84:8
guiding 83:3
guys 30:25 31:19

## H

half 23:10,13,17,18,
20 47:3,5,7 74:19
Handbook 4:12
handle 11:8 52:18,
20 86:4
handled 74:18
76:19,22
handles 6:23 10:24
handling 62:7
hands 81:12 93:9
hands-on 6:21
hang 13:24 22:20
happened 19:15
23:24 57:2 58:7
64:4 71:9 74:12
81:15 82:2,4 88:19
happy 31:1
Harowski 2:16 14:5
15:13 20:5 21:18
27:5 30:19 31:18
34:6,17,24 35:6,19
37:11 38:3,21 39:5,
17 40:7 41:16
43:14,16,20 46:22
48:4,24 49:16 55:13
56:5 60:9,19 71:13,
15 72:21 77:1,24
79:24 80:4,12 83:18
87:11 88:2 89:4,20,
25 95:15,24 97:8
98:21 99:5
Harowski's 15:19
hazard 84:10
hazards 11:4 44:20
headed 81:23
heading 29:10 82:24
hear 5:16 15:7
heard 18:20
heavy 80:21
Heights 2:4

held 50:22
helmsman 45:3
helpful 56:2
hereto 1:24
Herschaft 2:20 3:6,
10,13 5:4,6 7:24
9:23 10:12 12:24
13:2 14:9,18 15:16,
23 17:1 20:11,18
21:21 24:16,17
25:15 27:6 30:6,8,
13,24 31:8 32:8
35:12 48:25 51:13
52:23 53:7 54:6,7,
16,24 55:6,9,22
56:8 59:9,16 60:12,
13 61:6 63:14,18
70:3 71:18 72:3,8,
17,23 75:21 76:24
77:3 78:4,20 92:20
93:4,6 95:19 96:2,
15 98:20,23 99:6
Hey 79:23
high 16:17
higher 47:16
Hindi 15:9
hindsight 12:16,20
82:10
hit 33:9 74:13
hitting 89:18
hold 68:25 69:1
holding 58:17
Houston 1:2 2:5,20
46:7 55:10 86:5
89:12,18
HSEQA 50:21
hull 82:3
hundred-odd 84:24

## I

idea 88:5
identification 71:22
identified 7:18
31:22
identify 61:21 64:4
67:24
image 86:8
immediately 24:14
57:22 59:4

**IMO** 9:11,12,14 25:21,25
**impact** 81:17
**implementation** 31:25
**implemented** 12:8 58:3
**important** 11:19
**in-line** 50:7
**incident** 6:3 10:8 18:11 24:5,9 34:4 49:7 56:11,15,23,25 58:7,22 60:7,8 61:16 62:16 65:8,20 77:16,20 78:6,9,13 79:5,7,13,16 80:18 81:14 82:9 90:6
**included** 25:2 52:24 56:16 61:12
**includes** 11:9
**incorrect** 23:3 34:5, 16,23 35:18
**increase** 19:5,8 27:24 28:7,8,15 45:13 46:10,13 47:22
**increased** 28:6,7 46:20 81:16
**increases** 45:23
**increasing** 44:1 47:18
**INDEX** 3:1 4:1
**indicator** 37:25
**indifferent** 31:19
**individual** 30:1 59:24
**individuals** 10:7 59:22
**industry** 9:18
**information** 24:7 64:3 72:12,25 97:18
**informed** 47:17 64:8 85:6
**informing** 45:25
**initial** 64:3
**initially** 22:11 23:8 40:13
**inland** 17:9,12
**inside** 43:9
**inspected** 71:5

**INSPECTION** 54:14
**installed** 89:10,11, 14
**instance** 1:20 18:21 56:13
**instruct** 42:4
**instructions** 40:5 94:7,8
**intended** 18:23
**INTERCONTINENTAL** 1:4
**internal** 60:6 65:7, 19
**international** 6:9 9:13 17:9 50:7
**interrogatory** 56:14, 17 71:20,21
**interrupt** 8:11 12:19 20:19
**Introduced** 4:5
**investigate** 56:24 57:2 58:1 67:3,6,22 79:4,8
**investigated** 97:14
**investigating** 59:18
**investigation** 24:6,8 25:9 31:22 55:17 56:10 59:2 60:3,21 67:2 70:14 77:11, 15,18 79:3
**investigations** 77:4
**invoice** 4:22 76:1,6, 8
**invoices** 76:2,12
**involved** 59:17 65:20
**involvement** 24:12 73:18 92:23
**issue** 29:25 96:19
**issued** 58:11,21 59:5,13
**issues** 64:19
**ITC** 2:3,8 5:13 80:17 88:10,21 89:3,10, 11,17
**ITC's** 71:3,21
**item** 90:16
**items** 67:12,14 72:5

**J**

**Janet** 2:10
**Jeremy** 2:20 5:6 30:20 32:4 59:7 72:21 92:18
**Jess** 75:13
**jetties** 98:6
**jetty** 41:25
**jherschaft@ blankrome.com** 2:21
**JMS** 4:21
**job** 1:25 50:19 61:23,25 62:4
**jobs** 47:13 52:17
**joins** 45:14
**judgment** 41:5,6
**jump** 28:2
**June** 1:16,21 3:3 4:3

**K**

**Kajander** 2:9,11 3:8, 12,15 36:16,19 37:23 38:6,9,25 39:9,21 40:18 42:2 43:18,21,24 45:17 47:20 48:12,22 49:2,15 55:7 59:7 64:18 85:15 87:13, 16 88:9 89:8,23 90:3 92:17 98:12,18 99:12
**kajhou@yahoo.com** 2:12
**keeping** 11:9 41:23
**kind** 31:18
**knew** 79:18,21,22 82:23 85:20 87:21
**knots** 20:16,21,22, 24 21:1 48:17,19,20 81:18
**knowledge** 19:13 39:10 64:13 67:19 92:11,12,15,16 93:20
**Kumar** 32:14,17 34:3 35:13,17 97:6, 11,12

**Kumar's** 32:12 35:21 96:20

**L**

**LA** 1:22
**Lake** 2:10
**land** 86:7
**landmark** 86:15
**language** 15:8
**large** 52:25
**late** 48:3 99:9
**law** 88:24,25 89:6
**lawsuit** 79:10,15
**lawyer's** 24:5,11 97:14
**lawyers** 57:10 60:22,23
**layout** 86:7
**leading** 21:15
**leak** 57:19
**leakage** 82:4
**leaks** 66:8
**learned** 56:23 72:14
**learning** 9:2
**leave** 64:19
**leaving** 41:24
**left** 37:14,17
**legs** 56:3
**lesser** 86:24
**level** 7:6
**levels** 92:14
**license** 94:5
**lies** 88:6
**light** 80:19 81:19 83:16,20 84:9 86:2, 21,22 87:3,9,14,18, 25 88:7 96:22 97:3, 16
**lighter** 74:20
**lights** 16:20 84:5 87:4
**limited** 20:23
**limits** 81:4
**linkage** 66:7,22
**lists** 66:19 67:12
**lit** 74:13 80:20 88:15 97:17
**litigation** 24:14 61:3 79:20,21,22 90:5

**LLC** 1:5
**LLP** 2:14,19
**loaded** 74:19
**local** 84:15 93:20
**located** 54:21 85:21 91:8
**location** 1:22 71:22 82:20
**log** 36:4
**logbook** 45:5
**logger** 90:25 91:17
**logs** 34:22 36:3
**long** 28:6 50:22 73:2
**longer** 62:14
**losing** 13:19
**lot** 79:20
**Louisiana** 2:15

**M**

**M/t** 1:9 2:13
**machine** 1:22
**machinery** 8:15 52:19
**made** 21:15 49:4 56:17 70:14 73:10 74:16 79:18 81:7 83:8 86:3 87:18,24 92:23 94:21
**main** 29:4,13 62:22 63:6 67:5,7 68:17 73:24 74:1,4,6 77:21 78:16,18
**maintained** 36:21
**MAINTENANCE** 54:13
**make** 23:23 24:25 31:6 40:2,14 45:4 57:22 59:11 60:18 65:14 80:16 81:3 83:16 84:3 86:8
**making** 8:23 30:2 44:18,23 57:15 63:16
**malfunction** 34:21 62:22 63:6,19 67:18 74:1,3,7
**malfunctioned** 35:3 63:9
**malfunctioning** 34:23

**manage** 68:12
**manageable** 81:4
**management** 1:9 2:13 4:6 5:10 6:19 7:11,17,25 9:3,15 10:4,19,22,24 49:6 52:3 54:18 79:15
**Management...shall** 12:8
**manager** 50:20 62:1,6
**manager's** 62:3
**mandates** 98:14
**maneuver** 93:8 94:15
**maneuvered** 74:25 75:2
**maneuvering** 96:10
**maneuvers** 18:14
**manner** 86:3
**manning** 83:5
**manual** 4:6,8,9,11, 14,15,17,18 5:11 7:17,19,25 8:3,21 9:3 10:14,18 13:7 14:11 16:1 17:5 18:7 25:16 32:1 51:16,23,24 52:3,4, 14,15,25 53:4 54:10,18,19 55:3
**manuals** 51:20 52:2, 6 54:3
**manufacturer** 70:10 90:14
**map** 86:16
**margin** 88:16
**MARINE** 1:8 2:13
**mariner** 36:11 50:2, 9 94:10
**mariner's** 94:5
**Maritime** 9:13
**marked** 61:7
**marked/introduced** 7:23 10:11 14:17 15:22 16:25 25:14 52:22 53:6 54:12 61:5 70:2 75:20
**massive** 65:21
**master** 6:18 11:14 13:11 18:10,17 22:4,17 26:10,17,20 32:16 36:11 39:1

40:4,5,10,15,23 41:6,11,13 42:3,6,7, 10,15 43:25 44:2, 18,23 45:12,25 46:5,9,13,15,21 47:1,17 50:2,6,8,9, 12,15 53:17,21 83:10 85:19,22 86:6 87:20,24 93:11 94:5,9,10,13,18 95:5
**master's** 14:14 41:4 53:20 54:3 91:20 95:9
**Master-pilot** 26:20
**masters** 40:19 75:13
**mate** 50:4,5
**matter** 20:10 59:18 68:1 76:21,22 91:13
**maximum** 20:15,21, 25 24:21 27:16
**means** 10:21,24 16:12 27:13 41:23 44:13 45:7
**measures** 90:19
**member** 6:4 13:7,17
**members** 9:20 14:22
**memo** 4:19
**memory** 24:22
**mention** 78:16
**mentioned** 24:18 25:8 56:21 59:21 62:13 70:21 77:17 78:18 96:6
**message** 64:2 65:11 69:11,17
**metal** 82:4,5
**metal-to-metal** 82:1
**meters** 84:24
**Michael** 2:16
**michael.harowski@ wilsonelser.com** 2:17
**middle** 14:20
**midnight** 23:12 33:8,13,22
**Mike** 30:19 31:15 79:23 80:11,15 99:2
**mind** 49:3,8 56:20
**minor** 13:18

**minute** 15:6 22:10 23:14,20 33:2,3
**minutes** 19:22 23:18 26:16 28:16,18 32:22 33:2,11,12,22 56:3,21
**Minx** 2:7 45:14 79:23,25 80:6,14
**mischaracterization** 35:20
**mistaken** 19:22
**moment** 13:4 15:7 21:15,24 22:11 30:11 64:22 76:3
**momentarily** 23:15 28:15 63:21 70:15, 19 73:21 81:17
**momentary** 18:25 19:8 20:16 23:9 70:22 71:1
**moments** 93:7
**momentum** 98:4
**monitor** 11:10 42:25 44:11,12,20,25 47:6
**monitoring** 44:21 45:3
**month** 10:2
**mooring** 35:5,9 74:13 80:20 81:23 82:7,15,20,23 83:9, 13,15 84:20,25 85:11,17,20,21 86:3 87:21 88:12,13,22 96:23 97:4,5,21 98:14
**morning** 5:5
**MOSKOWITZ** 2:14
**move** 15:21 44:19 51:14 55:21 56:9 70:3 81:9 86:11
**moved** 89:17
**movement** 23:9,12 36:25 37:16,20 40:2 44:11 74:11 80:25 90:24 95:1
**movements** 58:6
**moving** 27:22 88:7
**multiple** 69:17

**N**

Nabtesco 68:8,10, 14 69:5 70:5,10 71:17,25 73:3 76:1, 11,12,14

narrow 93:17 96:13

National 42:18 78:5

navigate 16:17 26:11 86:17 87:5

navigating 7:9

navigation 4:12 8:17 11:4 14:15 17:4 83:25 84:13 87:4 96:22

navigator 10:24 84:6

navigators 6:18

Newton 75:14

night 55:16 57:3 75:6,17

non-english 15:8

normal 19:15 41:19 70:20 79:3,9 80:1,8 97:24

Nos 4:22

note 17:2 54:8 56:13 58:10 59:11 69:23 71:18 72:2

noted 60:12

notes 14:3 23:25 70:13

notice 31:23 47:14, 21 48:1,2

noticed 44:16 48:10, 11

noticing 48:9

NTSB 19:11 25:8,10 77:17,19,25 78:5,7

number 5:9 28:1 51:23 56:10 59:12 61:11

numbered 1:21

**O**

object 12:25 34:6 35:12,19 40:7 48:4 60:9 63:15 77:24

objection 14:5 15:13,19 20:5 21:18 27:5 34:17,24 35:6 37:11 38:3,21 39:5, 17 41:16 43:22 46:22 71:13 72:9 83:18 87:11 88:2 89:4,20 95:15,24 97:8

obligation 40:4

observations 75:6, 17

occupant 11:2

occurred 9:10 18:11 22:16 35:14 75:17 95:4

occurs 79:5

oddly 84:16

off-line 80:11

Offhand 24:22

officer 7:6,13,14,20 14:1,7 26:1,10 30:2 42:12,17,25 43:25 44:6,7,22,25 45:9, 12 46:5,9,12 47:21 48:9

officers 5:20 6:5,6 7:9 8:3,20 48:1 52:6

official 58:24

oil 46:7 57:18 86:5 89:18

one-third 46:19

ongoing 54:2

open 8:7

Operate 29:23

operated 18:22 29:3,12

operation 7:19 8:15 52:15 54:19 62:22 70:20 84:20

operations 4:15,17, 18 51:16,23 52:4,14 53:4 54:10,17 55:3

opinion 19:8,10 28:24 31:16 48:18, 20 87:9 97:22

opportunity 75:9

opposed 39:2 87:25

ORAL 3:2 4:2

order 21:14 22:2,6 23:5 29:25 30:2,3 32:24 33:17 34:22 36:3 39:3,15 44:2 57:2 58:12,15,20,25 59:5,13 64:9

ordered 47:19

orders 21:15 22:22 38:19 42:8 44:4 85:7 91:20 94:1 95:13,21

organization 8:5 9:13 53:9

organizational 53:15

Orleans 2:15

overriding 11:15 42:6

owner 49:5,12

**P**

P.C. 2:9

pages 76:9

Pam 30:6,19 31:2,6, 11 49:16 55:3 92:25

Pamela 2:5

part 6:22 11:22 12:10,21 21:11 38:17 46:11 52:7 54:9 60:2 63:10,19, 21 64:24 68:21 83:6 94:15 97:1

parts 76:6,16 90:10

pass 36:14 51:10 55:3 78:23 85:12 86:14 98:10

passage 13:19 27:18

passes 7:3

passing 41:25

past 14:2

pdupuis@zflawfirm. com 2:6

pending 90:5

people 8:6 11:1,7 15:7,17 28:21 42:8 57:13,15 58:2,5 83:5,8 84:16,19 93:15,16

perceived 42:3

perception 22:25 34:11 35:24 39:8

perfect 28:1

performing 44:14

period 33:6,21

person 11:23 12:10 42:4

personal 92:15

personally 37:6 55:23 60:2

personnel 52:16

phone 65:1

physical 69:16

physically 30:2 42:8

pick 6:13

picture 13:19

piece 70:25 71:11 73:14

pieces 71:12 72:5

piling 21:16 65:21

pilot 13:7,10 14:22 18:10,15,17 19:4 21:7 22:2 25:1 26:1, 3,9,17,21 27:16 29:11,22,25 40:5,14 45:25 47:18 83:10 85:2,6,7 86:10 93:19 94:1,11,18,19 95:5 96:5

pilot's 95:9,13,21

pilotage 25:17,19

pilots 18:8 19:25 21:13 22:21 24:19 75:5,7 85:2 87:21 89:17 94:8,13 95:12

pilots' 75:7

place 36:22 37:2 40:17 43:5 58:4 81:14 82:15 84:12

placement 88:11,23

Plaintiff 1:6

PLAINTIFFS 2:3

plan 86:8 87:24

planned 23:16 46:1, 14,16,20

plot 11:10 45:4

point 26:24,25 27:15 29:7,24 44:1,2 78:21 90:16

points 69:12

policies 9:5 10:9 11:14

**policy** 9:25 11:18
13:11,15 15:12,19
18:14 25:25 26:8,14
27:4,8 29:18
**poor** 16:20
**port** 52:18 58:12,15
85:3
**portion** 31:23 32:18
**portions** 13:6
**position** 45:4 94:22
**positioned** 87:22
**positioning** 74:23
**positions** 24:2
**possibilities** 62:25
67:16
**possibility** 66:6,15,
20,21 67:2,3
**post** 7:3
**post-incident** 60:17
**potential** 67:22
**power** 81:10 94:24
**Poydras** 2:15
**practical** 6:21
**practice** 8:23 9:4
**practices** 7:20 40:12
**pre-navigation**
27:17
**preceded** 66:2
**preference** 31:11
**preoccupied** 13:18
**prepare** 60:5 61:2
**prepared** 60:21 61:4
77:6,14 78:5 80:5
**presence** 26:9
**PRESENT** 2:23
**presently** 50:20
61:25
**preserve** 30:16
69:25
**pressure** 66:8
**prevailing** 17:18
**prevented** 97:20
**printed** 36:23 38:15
**printout** 39:12
**prior** 32:21,22 33:1,
3 48:6 89:19
**privileged** 60:11
80:4
**probable** 77:20
78:15

**problem** 22:7,9
67:25 80:11,15
93:15
**problems** 13:18
**procedure** 1:23 33:7
**procedures** 6:15
**proceed** 16:8 17:15
**processes** 58:3
**produced** 1:20 18:9
77:7 80:3
**production** 65:5
**proper** 17:15
**propose** 51:17
**proposed** 26:17,21,
25 27:2 43:11 46:3,
5,11
**propulsion** 29:21
46:11
**protected** 80:3,7
**provide** 19:9 45:11
**provided** 5:19 6:1
15:4 40:5 51:22
52:8 53:8 60:15
61:10 75:5
**providing** 67:17
**provisions** 1:23
**PTE** 1:9 2:13
**pull** 35:11 81:8,22
85:7
**pulled** 81:21
**purpose** 52:12
**purposes** 65:25
**pursuant** 1:23
**put** 9:18 84:10 93:16
**putting** 27:16

---

**Q**

**qualified** 6:8 36:9
**question** 8:11 9:24
13:1 32:23 33:4,12,
15,19,21 34:4,7
37:23 38:10 43:19
46:8,17,18 48:5
60:14 65:15 68:25
69:1,10 72:6,10,22,
24 73:14 75:6,15
87:17 90:15 96:22
**questioning** 70:9
**questions** 5:12
10:15 13:5 30:14,17

32:5 36:17 51:15,19
54:25 55:4 64:18
68:8 69:5,6 78:21
85:16 92:22 96:16
99:7
**quick** 76:25
**quote** 71:23

---

**R**

**range** 27:20 45:21,
22,23,24 46:7 47:4,
7,8,10,11,12,15,16
48:16
**rare** 41:1
**rated** 24:21
**rating** 7:7
**ratings** 6:5
**RDR** 1:22
**reached** 25:11 45:1
46:9
**reaches** 44:10
**read** 8:13,21 14:25
32:11,18 42:16
54:14 62:25 68:9
69:8 75:4,7,9,11,16,
18 78:4,7 95:2,3,9,
10,18 96:4,20 97:1,
11
**reading** 17:13 36:24
90:25 97:9
**readings** 63:13
**real** 76:25
**realize** 22:11
**realized** 23:14
**reason** 40:24 67:5
84:12 85:10
**recall** 14:6,8 19:23
24:20 28:11 42:19,
20 59:5,6
**receive** 66:8,23
**received** 47:22 65:8,
19 72:25
**recertified** 10:2
**recollection** 22:18
72:4
**recollections** 22:21
97:7
**record** 1:24 17:2,13
22:15 37:13,15
39:10 47:20 48:23

49:1 54:8 55:1 56:9
61:22 69:2,23 71:19
72:2,12,13,18,19
76:25 77:1,2 90:22
91:2 92:10
**recorded** 1:22 35:25
36:6 39:12 91:21
**recorder** 15:5 38:16
40:1 63:25 91:18
**recording** 21:23
37:15 92:4
**records** 36:12,21,25
37:3 40:1 69:10
90:19,24 91:9,23,25
92:13
**recovered** 70:19
**reenact** 19:14
**reference** 25:20
53:13 56:17
**referred** 16:22 17:5
59:10 68:11 70:8
**referring** 29:7
**reflection** 54:2
**regard** 6:17
**regulation** 6:10 50:7
88:20,24 98:13,16,
17
**regulations** 4:12 7:1
16:14 17:4 88:10
**relate** 68:18 76:14
**relates** 5:10
**relation** 68:17
**relative** 17:22 86:11
**relevancy** 70:1
**relieve** 26:9
**relieved** 26:4
**relying** 34:14 36:2
**remain** 59:1
**remaining** 55:18
**remains** 53:23
**remember** 9:13
28:11 72:4
**REMOTE** 1:19
**Remotedepo** 2:2
**Remotely** 1:17 2:2
**removed** 73:5,7
90:11
**repaired** 72:5
**repeat** 9:23 21:10
27:11 65:16

**rephrase** 33:5 38:9
**replaced** 71:25
  76:16
**report** 4:21 19:11,17
  47:8 60:6,16,17,21
  61:2 70:5 76:13
  77:11,12,14,15
  78:5,7,8,12 80:1
**REPORTED** 1:17
**REPORTER** 3:19
**reporting** 83:9 84:25
**represent** 10:13
  15:1,3 21:2 58:19
  61:13 65:4,10
**representation**
  24:25
**representative** 1:14
  53:22
**representatives**
  75:19
**represents** 5:7
**request** 69:22
**requested** 1:24
**requests** 65:5
**require** 8:20
**required** 9:21 27:23
  84:11
**requirement** 6:25
  50:8 52:11
**requirements** 8:16
**reset** 41:2
**resolution** 25:21,25
**Resource** 10:18,21,
  23 12:8
**resources** 10:25
  81:3 93:12,19
**respect** 11:15 18:7
  51:22 52:2,4 55:2
  60:6 64:18 68:11
  72:25 77:8 88:11,21
  92:23
**respond** 21:25
  23:22 34:12 58:6
**responded** 33:1
  44:24 66:1
**responding** 23:5
  32:24 33:16 34:1
  35:15 41:2 44:12
  77:22
**response** 63:15
  64:18,22,25 65:11

**responses** 56:14
  69:17 71:20 73:11
  76:11
**responsibile** 14:14
**responsibilities**
  26:5 62:4
**responsibility** 11:15
  13:12 26:2,3,11
  53:21 54:4
**responsible** 5:21
  42:25 43:3 53:23
  74:3,6,10
**rest** 53:18
**restricted** 8:8 93:17
  96:13
**result** 11:23 12:11
  20:2 62:16 77:21
  78:9,13
**resulted** 12:22 19:2
**retired** 62:17
**revert** 69:6
**review** 37:24 38:11
  56:12
**reviewed** 19:9 23:23
  32:19 37:5 38:24
**RG939340-P** 4:22
**RG939340-S** 4:22
**rises** 45:11
**risk** 11:22 12:9
  86:23,24,25 87:1
  88:15,18
**risks** 83:25
**River** 1:8,9 2:13
  4:20 25:1 37:9
  42:10 43:1 46:6
  58:10 61:14 79:15
**road** 16:23
**role** 54:4 61:22,25
  62:3 94:7
**roles** 45:2
**ROME** 2:19
**room** 33:9 37:3,4
  42:12 47:16,23
  91:11 92:9,13 93:15
**ropes** 81:7 83:7
**rpm** 25:13 28:6,14
  36:5,7,20 37:7,25
  38:1,4,6,11,15,17,
  18,23 39:1,11,13,
  14,16,24 40:1,3

43:1,11,12,23
  44:10,12,13,17
  45:7,9,10,13 46:2,5,
  7,9,10,15,19 47:22,
  23,24 48:2,9 64:1
  90:21,24,25 91:5,9,
  24,25 92:13
**rpms** 14:3 18:23,24
  24:20 25:4,12 28:2,
  3 38:12 43:7 44:1,4
  90:19,20,22 91:3
**rubber** 98:4,14
**rudder** 93:13
**rule** 4:12 14:23 16:9
  17:4,8,12
**rules** 1:23 4:12
  16:16,23 17:4,9

**S**

**S-Y-E-D** 61:15
**safe** 11:10 14:14
  16:8 17:15,22,25
  18:1 48:13,14,16
  57:15,17,18 81:4
**safely** 26:11
**safety** 11:16 42:7,18
  53:24 78:6 84:13
**sailed** 50:9 51:4
**sailing** 51:3
**Sajeev** 14:1
**Sanders** 1:22
**schooling** 52:8
**scope** 43:17
**sea** 50:4,6 52:18
  84:8 93:13
**seas** 16:17
**seaworthiness**
  53:24
**seconds** 22:1 33:8,
  22
**section** 4:7,9,10,13,
  16,18 10:17 16:1,3
  25:16 26:25 29:10
  30:10 51:16 53:8,21
  54:13 56:4
**sections** 5:11 8:14
**secured** 57:8,9,20
**selective** 20:8
**send** 52:9 64:1
  69:22

**sense** 31:6 60:18
  63:15 65:14 82:24
**sentence** 16:7 17:14
  27:10 63:2 66:12,24
  70:17
**separate** 76:2
**September** 42:11
  58:21 61:15 64:3
  73:6,7 76:5 89:19
**sequence** 11:11
**series** 5:12
**service** 4:21 50:5,6
  70:5 76:12
**servicemen** 73:3
**set** 9:5 67:3
**shift** 5:8 31:13
**shifting** 7:15
**ship** 1:8 2:13 6:23
  7:4 8:7 11:9 19:20,
  21 20:15 27:14
  28:12 32:17 34:20
  35:9,15 41:21,22
  42:7 44:19 45:1
  47:18 48:15,18 52:5
  53:24 54:2 57:7,9,
  16,17 58:6 61:19
  74:10,12,17,18,21
  79:18 81:1,2,8,9,18
  82:23 83:2,4,6,7
  85:10 86:10 88:16
  91:12 93:11,24
  94:10,20,24 98:8
**ship's** 19:12 28:9
  29:11 45:3 80:25
  82:4,9 84:23
**shipboard** 53:9
**shipping** 50:3 80:21
  88:14
**ships** 16:17,18 50:9,
  16 75:2 83:3 84:8
  98:5
**short** 16:14 19:21
  37:8 55:19
**shorthand** 1:22
**shortly** 24:9
**show** 18:10 21:22
  47:21
**showed** 20:25 37:25
  63:25
**shown** 73:25
**shows** 21:24 34:11
  36:24 39:13,15

**64**:14,15 **90**:21,23
**91**:4
**sic** 49:5 90:4
**sic]** 34:1
**side** 41:24 85:3
**sight** 13:19
**signals** 16:20
**signature** 1:24 3:18
**significant** 28:3
81:17
**simple** 27:8
**simulated** 9:9
**simulations** 9:18
**simulator** 6:20 8:23
9:1,8,11
**Simultaneous** 9:22
20:13
**Simultaneously**
57:25
**Singapore** 1:23
55:14 56:1 84:2
99:4
**single** 65:9,18
**sir** 7:8,22 8:22 11:25
12:12 13:9,14,21
14:4,16,25 15:24
16:4,24 17:6,7,11,
19,20,23 18:3,12,
17,25 20:19,22
21:11 22:14,19
24:11 25:13,18,19,
22,23 26:6,13,24
29:6,7,15,16 30:5,
13 37:5,6,10 38:2,
14,17,20 39:4,8,11,
16 41:5,6,20 42:9,
15,21 43:3,8,13,23
44:7,9,18 45:16,20
46:8,17 48:14,18
49:9,13 50:17 52:5,
10 53:4,5,11,12,17,
18,25 54:1,5 58:14,
16 59:4,19 60:4
61:10,17,18 62:17
63:1,9 64:24 65:14
66:11,13,20 67:5,
15,19,24 68:6,13
69:13 70:7,12,17
71:1 72:7 73:16
75:2 76:7,8 78:7,22
89:13,15 90:22
91:4,15 92:2,9,17
93:12 94:17 95:7

**96**:12,14 **98**:16
**site** 90:11
**sitting** 68:24
**situation** 11:8,24
12:11,15 17:23 18:1
57:23
**situational** 11:18
**skill** 6:21
**slight** 45:21
**slightly** 20:23 25:7
**slow** 23:11 28:9
30:1 36:23 37:14,
17,19,21 43:12,23
45:1,10,19,24 47:4,
5,8,9,10,11,15 48:3,
12,13 91:20
**slowing** 23:19
**small** 19:5,8 20:23
45:21 88:16
**solely** 36:2
**soonest** 69:6
**sound** 16:20 25:5
**Sounds** 25:6
**source** 28:20
**sources** 67:22
**SOUTHERN** 1:1
**speak** 72:20
**speaking** 15:8 60:24
**special** 84:9
**specific** 7:6 8:3,15
29:18 51:16 64:13
70:25 76:6 92:11,
12,15
**specifically** 8:2 52:6
56:16 62:10
**specificity** 87:23
**speed** 8:16 16:2,5,8
17:15,22,25 18:1,16
19:3,5 20:2,4,14,15,
21 21:1 24:21 25:3
26:25 27:3,16 28:7,
10 29:21 37:8 40:6,
10 41:3,10 47:18
48:14,16,19 66:9
81:16 95:23
**speeding** 40:25
62:22 63:6
**speeds** 26:18,22
**Srini** 54:23 68:20
71:7 72:6,9 76:18,
22

**Srinivasan** 57:5
59:23,24
**staff** 52:5 82:9 84:23
**stand** 84:10
**standard** 6:10 9:12,
14,16
**standing** 41:14,20
**stands** 28:25 83:22
**starboard** 43:5
**start** 8:4 85:18 86:25
**started** 23:19 33:3,7
60:25
**starting** 52:16 58:5
**starts** 61:13 88:6
**state** 1:22 87:8
**stated** 1:23 16:9
**statement** 11:21
14:8 21:4 34:14
42:17 61:1 64:6
85:23
**statements** 13:25
23:24 34:5
**States** 1:1 17:3
58:11,25 59:14 60:3
**station** 59:1 83:5
**STCW** 6:10 50:8
**steel-to-steel** 98:9
**steer** 74:23 93:24
**steering** 93:24
**steps** 56:24
**stick** 21:4
**sticking** 45:20
**stop** 22:6,10 33:10,
25 35:16 36:25
37:18,19,21 38:14
39:2 40:21,23 41:12
42:5,13 44:3 47:3,
19 63:7,11 66:9
67:13 68:23 91:21
98:8
**stopped** 17:17
23:19,21 47:7 64:1
**stopping** 41:22
62:23 63:10,22
**story** 20:9
**straight** 74:12 81:23
**Street** 2:15
**stretch** 56:3
**strike** 42:22
**stuck** 33:24

**studies** 9:19
**subject** 15:19 43:21
68:1 79:16 80:18
91:13
**SUDERMAN** 2:18
**sufficiency** 93:15
**sufficient** 11:7 66:8,
24 93:13,16
**suggesting** 97:6
**Suite** 2:15,19
**summarize** 25:24
58:23
**summarized** 60:7
**superintendent**
57:6 62:7
**superintendents**
57:5
**support** 62:1,3
**supposed** 21:6
45:10
**surely** 93:21
**SURVEYS** 54:14
**swing** 94:20
**switch** 32:6 41:12,
14 42:5
**sworn** 1:20 5:2
**Syed** 4:19 61:15,18,
22 64:23 67:4,16
69:4
**system** 37:4 68:12,
16 70:6,18 73:4,5
78:17,19
**systems** 54:9 68:18

---

**T**

**table** 4:6,15 7:25
8:13 52:25 53:2
**tachometer** 90:21,
24 91:2
**takes** 98:5
**taking** 16:9 27:22
61:1
**talk** 13:2 18:8 19:18,
19 49:24 52:11
80:13
**talked** 7:16 26:16
54:8,22
**talking** 6:5,17 8:25
24:19,20 25:3 35:7
38:4 39:18,22,25

**54**:14 **60**:16 **67**:10
**70**:22 **80**:2 **96**:19
**talks** 10:18 16:2
52:19 53:9
**tanker's** 77:21
**Tax** 4:22
**Taylor** 2:7
**team** 6:19 7:11 8:5
9:15 10:4 12:5,9
13:8,17 14:22 29:3,
13 53:18 62:5 76:22
86:9
**technical** 13:18
36:10 41:9 62:1,3,5,
6 76:20
**technician** 67:6,8
71:25 90:13
**technician's** 19:17
76:4
**technicians** 19:13
68:1,3,11
**technicians'** 76:15
**telegraph** 21:24
23:5 30:3 32:24
33:17 34:15,22
35:2,8 36:3,4,12,23
37:13 38:13,16,20
39:12,24,25 63:25
64:9,15 91:1,10,17,
19 92:4
**telegraphs** 29:5,14
**telephone** 47:22
**tells** 16:17
**ten** 56:3
**ten-minute** 55:23
**tender** 30:11,15
**term** 17:22
**terminal** 1:4 86:5
**terminals** 98:7
**terms** 83:17 96:6
**test** 7:2,3
**testified** 5:2 22:5
39:15 59:23 71:10,
16 82:14,19 85:19,
24 90:4 93:7 94:13
95:12,20
**testify** 37:7,24 72:14
**testifying** 34:2
64:17
**testimony** 18:20
21:2 22:17 32:20

35:21 38:25 46:3
48:6 51:25 56:22
64:12,16,20 71:16
75:4,8,10,11,16,18
77:18 83:14 84:19
87:19,20 95:3,7,10
**Texas** 1:1,22 2:5,10,
19,20
**Text** 61:14
**theories** 6:23
**theory** 87:18 88:23
**thick** 98:3
**thing** 73:24 75:12
81:13
**things** 23:24 26:21
35:7 39:18,22 41:19
57:19 80:22,23
**thinks** 67:19
**Thomas** 2:9,11
**thought** 84:18
**tides** 11:5
**time** 6:2 10:7 14:2
15:5 18:22 20:1
21:15 22:13 27:19
28:6,16 32:17 33:8
36:13 40:19 55:10
57:7 63:11 64:1
79:4 97:13,16 99:10
**times** 10:1 16:8
17:14 23:25 82:20
89:16
**timing** 19:18,19
22:16
**timings** 19:23
**title** 50:19,22 61:23,
25
**today** 34:2 99:10
**today's** 65:25
**told** 34:10 35:23
65:1 79:17 80:7
82:8 89:9,16
**Tom** 55:6
**top** 53:17 62:21
96:23
**topic** 5:18 7:15
30:22 31:1,13 32:2
43:17 51:21,23
54:23 55:5,17 56:10
**topics** 5:9,12,14
30:15 32:5 53:2
89:22 99:1,3

**topography** 86:7
**Torborg** 2:24
**totality** 28:5
**touches** 98:5
**touching** 29:18
**Towing** 2:18 73:17
**traffic** 11:3 18:3
80:21 88:14
**trained** 40:22
**training** 5:10,19,22
6:11,14,20,21 7:5,8
31:25 40:18 43:25
44:5 45:9,11 46:11,
19 47:25 48:1 49:6
51:22
**trainings** 6:1
**trains** 8:3
**transcript** 32:12
96:21
**Transportation**
42:18 78:6
**travel** 76:4
**troubleshoot** 67:24
**troubleshooting**
62:8 64:4
**true** 15:17 21:19
27:9 35:23 41:12
84:21 86:1 93:11
**tug** 12:23 13:3 19:25
75:13 80:24 82:14
85:7 87:21 93:9
95:5,20 96:4
**tug's** 92:23
**tugboat** 74:25
**tugboats** 5:7 73:12
75:3 78:9,12 93:21
**tugmaster** 95:17
**tugmaster's** 75:19
**tugmasters** 94:13
**tugs** 28:21 35:10
56:18 73:18 74:2,5,
16,18,24 81:7,13,
20,22 82:22 83:1
84:22 85:9 94:1,8,
19,20,21,23,25
95:13
**turn** 15:23 29:1 61:7
81:8 95:22
**turned** 81:20
**turning** 26:7 42:1

**type** 6:1 7:5 60:5,15,
16 65:11 97:19
**typical** 83:25
**typically** 41:3,6 87:7
98:3,7

_____

**U**

**U.S.** 57:11 88:25
89:6 98:15,16,17
**ultimate** 13:12
**ultimately** 25:11
**unberthing** 33:7
**understand** 7:10
11:13 15:9 23:9
24:1 29:17 43:18
72:24 73:23 85:5,8
**understanding** 7:17
10:6 18:6,12 20:20
58:24 68:13 70:12
71:4 76:13 85:4
87:14 97:16
**understands** 6:23
**Understood** 62:19
74:8 93:4
**unequivocal** 87:19,
20
**United** 1:1 17:3
58:11,25 59:14 60:3
**university** 50:1
**unlighted** 88:1
**unsafe** 20:3 21:9,17
**unusual** 31:5
**USA** 27:8
**utilize** 41:12

_____

**V**

**vague** 57:1
**varies** 40:17
**vary** 88:8
**VDR** 15:4 19:12
20:25 21:3 63:12
64:9,14
**version** 20:9
**vessel** 4:15,17,18
5:20 7:21 9:9 11:23
12:10 17:14 18:14
19:3 20:1,3 21:6
25:11 26:11 27:2
28:19 33:23 34:3

39:1 40:6 43:1,4
44:1 46:6 48:13
49:5,6 50:13 51:15,
23 52:4,13,15
53:10,16 54:10,17,
19 55:2 59:1 64:23
75:7 76:15 85:19
86:4 91:9,24 92:1
93:10 95:22 96:9
**vessel's** 32:23
33:16 73:15 74:4,6
**vessels** 16:8 62:11
79:6 89:17
**video** 21:23
**viewed** 74:1
**Vijay** 1:15,19 3:3 4:3
5:1,5 40:9 49:2,3,8
56:8
**violate** 89:7
**violated** 88:11,21
89:7
**violation** 15:11,18
27:4,7 89:3
**visibility** 8:9 16:20
83:15 84:19 85:3
**visibly** 43:6
**voyage** 15:4 37:8
50:12

### W

**Wait** 72:21
**walk** 8:2 57:1
**wanted** 54:20,25
80:10
**warning** 83:11
**watch** 7:10 8:6
26:10
**watch's** 26:2
**Watchkeepers** 6:11
**water** 93:17,18
**waters** 8:7,8 98:15
**weather** 8:9 11:2,6
**week** 75:8,14
**weight** 74:20
**well-qualified** 6:12
**well-trained** 6:7
**Whichever** 87:1
**white** 27:9,12
**WILSON** 2:14

**wing** 43:5,9
**wings** 43:10
**witnesses** 55:14
**wooden** 82:4
**wordings** 59:6
**work** 50:24 93:24
**worked** 50:25
**working** 7:20
**works** 27:13
**worse** 57:23
**write** 90:17
**written** 42:20
**wrong** 97:7
**Wyatte** 2:22

### Y

**year** 10:1 50:3
**years** 50:4,6,23
**YOUNG** 2:18

### Z

**ZABEL** 2:4
**Zachary** 2:22
**Zoom** 31:5