# HEARING MINUTES

Cause No:       4:18-CV-3113

Style:          Intercontinental Terminal Corporation, LLC v. Aframax River Marine Co. et al

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Michael K. Bell | Suderman & Young Towing; G&H Towing |
| Jeremy Alan Herschaft | Suderman & Young Towing; G&H Towing |
| Emery Gullickson Richards | Suderman & Young Towing; G&H Towing |
| George A. Gaitas | Executive Ship Management; M/T Aframax River; Aframax River Marine |
| Jonathan Michael Chalos | Executive Ship Management; M/T Aframax River; Aframax River Marine |

Date: January 30, 2023                Court reporter: ERO
Time: 1:43 p.m.—2:09 p.m.             Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a status conference. If the Vessel Interests wish to use an interpreter during Captain Arvind Kumar's trial testimony, then they may use Jay Prasad. The Vessel Interests will pay the costs associated with using the interpreter.
>
> Captain Doug Torborg may be examined out of order at the trial.

1 / 1